| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | MEGAN M. CHUNG (State Bar No. 232044)<br>mchung@kilpatricktownsend.com |
| 3 | 9720 Wilshire Blvd PH<br>Beverly Hills, CA  90212-2018 |
| 4 | Telephone:  310-248-3830<br>Facsimile:   310-860-0363 |
| 5 | A. JAMES ISBESTER (State Bar No. 129820) |
| 6 | jisbester@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900 |
| 7 | San Francisco, CA 94111<br>Telephone:  415-576-0200 |
|   | Facsimile:   415-576-0300 |
| 8 | |
| 9 | Attorneys for Defendant<br>AXONICS MODULATION TECHNOLOGIES, |
| 10 | INC. |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC., | Case No. 8:19-CV-02115-DOC-JDE |
| Plaintiff, | **DEFENDANT AXONICS MODULATION TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL LOCAL RULE 7.1-1** |
| v. | |
| AXONICS MODULATION TECHNOLOGIES, INC., | Judge:  Hon. David O. Carter |
| Defendant. | |



AXONICS CORPORATE DISCLOSURE STATEMENT
CASE NO. 8:19-CV-02115-DOC-JDE

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.1-1, the undersigned, counsel of record for Defendant, certifies that as of this date, Defendant does not have a parent corporation or a public entity that owns 10% or more of its stock.  Also, there is no entity that may have a pecuniary interest other than the named parties.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:  January 3, 2020            Respectfully submitted

KILPATRICK TOWNSEND & STOCKTON LLP

By:   */s/ Megan M. Chung*
      MEGAN M. CHUNG

Attorneys for Defendant
AXONICS MODULATION TECHNOLOGIES, INC.



AXONICS CORPORATE DISCLOSURE STATEMENT                                  - 1 -
CASE NO. 8:19-CV-02115-DOC-JDE