| | |
|---|---|
| 1 | George C. Lombardi (*pro hac vice*) |
| | GLombard@winston.com |
| 2 | Samantha M. Lerner (*pro hac vice*) |
| | SLerner@winston.com |
| 3 | J.R. McNair (*pro hac vice*) |
| | JMcNair@winston.com |
| 4 | Vivek V. Krishnan (*pro hac vice*) |
| | VKrishnan@winston.com |
| 5 | WINSTON & STRAWN LLP |
| | 35 W. Wacker Drive |
| 6 | Chicago, IL 60601-9703 |
| | Telephone: (312) 558-5600 |
| 7 | Facsimile: (312) 558-5700 |
| 8 | Nimalka Wickramasekera (CA SBN: 268518) |
| | NWickramasekera@winston.com |
| 9 | Joe S. Netikosol (CA SBN: 302026) |
| | JNetikosol@winston.com |
| 10 | WINSTON & STRAWN LLP |
| | 333 S. Grand Avenue |
| 11 | Los Angeles, CA 90071-1543 |
| | Telephone: (213) 615-1700 |
| 12 | Facsimile: (213) 615-1750 |
| 13 | Attorneys for Plaintiffs |
| | MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; |
| 14 | MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC., | Case No. 8:19-cv-02115-DOC-JDE |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF CHANGE OF APPEARANCE IN LEAD TRIAL COUNSEL** |
| v. | Judge: Hon. David O. Carter |
| AXONICS MODULATION TECHNOLOGIES, INC., | Complaint Filed: November 4, 2019 |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Medtronic, Inc.; Medtronic Puerto

1  Rico Operations Co.; Medtronic Logistics, LLC; Medtronic USA, Inc., by and
2  through their attorneys of record, hereby makes the following change in regards to its
3  Lead Trial Counsel of record.  Effective immediately, the Lead Trial Counsel for
4  Plaintiffs will be George C. Lombardi and Nimalka R. Wickramasekera, and it is
5  further requested the court forward all further notices, pleadings, discovery, and
6  writings to our attention.

Dated:  February 24, 2020             WINSTON & STRAWN LLP

                                      By:  /s/ *Nimalka Wickramasekera*
                                           George C. Lombardi
                                           Nimalka Wickramasekera
                                           J.R. McNair
                                           Samantha M. Lerner
                                           Vivek V. Krishnan
                                           Joe Netikosol

                                      Attorneys for Plaintiffs
                                      MEDTRONIC, INC.; MEDTRONIC
                                      PUERTO RICO OPERATIONS CO.;
                                      MEDTRONIC LOGISTICS, LLC;
                                      MEDTRONIC USA, INC.

# CERTIFICATE OF SERVICE

The undersigned certifies that on February 24, 2020 a copy of the foregoing **PLAINTIFFS' NOTICE OF CHANGE OF APPEARANCE IN LEAD TRIAL COUNSEL** was served via ECF on counsel of record.

Date: February 24, 2020        By: /s/*Nimalka R. Wickramasekera*
                                     NIMALKA R. WICKRAMASEKERA