| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | A. James Isbester (State Bar No. 129820)<br>jisbester@kilpatricktownsend.com |
| 3 | Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 |
| 5 | Megan M. Chung (State Bar No. 232044) |
| 6 | mchung@kilpatricktownsend.com<br>9720 Wilshire Blvd PH |
| 7 | Beverly Hills, CA 90212-2018<br>Telephone: (310) 248-3830 |
| 8 | Facsimile: (310) 860-0363 |
| 9 | Matthew J. Meyer (State Bar No. 284578)<br>mmeyer@kilpatricktownsend.com |
| 10 | 1080 Marsh Road<br>Menlo Park, CA 94025 |
| 11 | Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422 |
| 12 | Attorneys for Defendant |
| 13 | AXONICS MODULATION TECHNOLOGIES, INC. |

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC., <br><br>Plaintiffs,<br><br>v.<br><br>AXONICS MODULATION TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 8:19-cv-02115-DOC-JDE<br><br>**DEFENDANT'S NOTICE OF FILING OF INTER PARTES REVIEW PETITIONS**<br><br>Judge:  Hon. David O. Carter |



# DEFENDANT'S NOTICE OF FILING OF INTER PARTES REVIEW PETITIONS

Defendant Axonics Modulation Technologies, Inc. ("Axonics") hereby provides notice to the Court regarding *Inter Partes* Review ("IPR) petitions filed against all claims asserted against Axonics in six of the seven of the patents asserted in this case, and all claims of possible relevance in the seventh:

- **IPR2020-00678** was filed on March 16, 2020 against U.S. Patent No. 7,774,069, claims 5 through 9.
- **IPR2020-00680** was filed on March 16, 2020 against U.S. Patent No. 8,457,758, all claims.
- **IPR2020-00712** was filed on March 16, 2020 against U.S. Patent No. 8,738,148, all claims.
- **IPR2020-00713** was filed on March 16, 2020 against U.S. Patent No. 9,821,112, all claims.
- **IPR2020-00714** was filed on March 16, 2020 against U.S. Patent No. 9,463,324, all claims.
- **IPR2020-00679** was filed on March 16, 2020 against U.S. Patent No. 8,626,314, all claims.
- **IPR2020-00715** was filed on March 16, 2020 against U.S. Patent No. 8,036,756, all claims.

The first IPR listed above, directed to patent no. 7,774,069, challenges on multiple grounds the validity of independent claim 5, asserted in the amended complaint herein, and all claims that depend from claim 5.  In the four IPR petitions immediately following in the list above, Axonics asserts that all claims of each patent were unpatentable on multiple grounds.  In the remaining two petitions, Axonics asserted that the majority of the claims of each patent were unpatentable on multiple grounds and that all claims were unpatentable on at least one ground.

The Patent Trial and Appeals Board ("PTAB") will issue Notices of Accorded



Filing Dates for the petitions shortly, followed within six months by Decisions on Institution. Given that the IPR proceedings could greatly simplify issues in this case, as well as have impact on claim constructions, Axonics intends to move to stay this case pending final written decisions from the PTAB.

DATED: March 19, 2020

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Megan M. Chung
    MEGAN M. CHUNG

Attorneys for Defendant
AXONICS MODULATION TECHNOLOGIES INC.

