Nimalka Wickramasekera (CA SBN: 268518)
NWickramasekera@winston.com
Joe S. Netikosol (CA SBN: 302026)
JNetikosol@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750

George C. Lombardi (*pro hac vice*)
GLombard@winston.com
Samantha M. Lerner (*pro hac vice*)
SLerner@winston.com
J.R. McNair (*pro hac vice*)
JMcNair@winston.com
Vivek V. Krishnan (*pro hac vice*)
VKrishnan@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:  (312) 558-5600
Facsimile:  (312) 558-5700

Attorneys for Plaintiffs
MEDTRONIC, INC.; MEDTRONIC
PUERTO RICO OPERATIONS CO.;
MEDTRONIC LOGISTICS, LLC;
MEDTRONIC USA, INC.

A. James Isbester (CA SBN: 129820)
jisbester@kilpatricktownsend.com
KILPATRICK TOWNSEND &
STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300

Megan Chung (CA SBN: 232044)
mchung@kilpatricktownsend.com
1801 Century Park East, Ste. 2300
Los Angeles, CA 90067
Telephone:  (310) 248-3830
Facsimile:  (858) 430-3851

Attorneys for Defendant
AXONICS MODULATION
TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AXONICS MODULATION TECHNOLOGIES, INC., <br><br> Defendant. | **Case No.  8:19-cv-02115-DOC-JDE** <br><br> **JOINT STATEMENT REGARDING INSTITUTION DECISIONS FOR AXONICS' IPR PETITIONS AND RECOMMENDATIONS OF THE PARTIES FOR FURTHER PROCEEDINGS** <br><br> Judge:       Hon. David O. Carter |

Pursuant to this Court's May 8, 2020 Order Granting Defendant's Motion to Stay

Pending *Inter Partes* Review of the Patents-in-Suit (Dkt. No. 55), Plaintiffs Medtronic, Inc., Medtronic Puerto Rico Operations Co., Medtronic Logistics, LLC, and Medtronic USA, Inc. (collectively, "Medtronic") and Defendant Axonics Modulation Technologies, Inc. ("Axonics") hereby submit this Joint Statement Regarding Institution Decisions for Axonics' IPR Petitions relating to Medtronic's asserted U.S. Patent Nos. 8,036,756 ("the '756 patent"); 8,626,314 ("the '314 patent"); 9,463,324 ("the '324 patent"); 9,821,112 ("the '112 patent"); 8,738,148 ("the '148 patent"); 8,457,758 ("the '758 patent"); and 7,774,069 ("the '069 patent"), and further provide their respective recommendations for further proceedings in connection with this action.

## I.   STATUS OF AXONICS' IPRs

On September 15, 2020 and September 23, 2020, the Patent Trial and Appeal Board ("PTAB") issued decisions, summarized below, regarding institution of Axonics' IPR petitions:

| IPR Petition No. | Patent No. | Decision |
|---|---|---|
| IPR2020-00714 | 9,463,324 | Denied as to each asserted claim on all asserted grounds |
| IPR2020-00715 | 8,036,756 | Granted as to each asserted claim on all asserted grounds |
| IPR2020-00679 | 8,626,314 | Granted as to each asserted claim on all asserted grounds |
| IPR2020-00713 | 9,821,112 | Granted as to each asserted claim on all asserted grounds |
| IPR2020-00712 | 8,738,148 | Granted as to each asserted claim on all asserted grounds |
| IPR2020-00680 | 8,457,758 | Granted as to each asserted claim on all asserted grounds |

| IPR2020-00678 | 7,774,069 | Granted as to each asserted claim on all asserted grounds |

For all six of the instituted IPRs, oral arguments is set for June 17, 2021 and the PTAB is expected to issue its final decisions regarding the validity of the claims of the instituted patents before September 23, 2021.

## II.    RECOMMENDATIONS FOR FURTHER PROCEEDINGS

### A.    Medtronic's Position

Medtronic initiated this patent infringement action on November 4, 2019 (Dkt. 1), and filed a First Amended Complaint (Dkt. 28) on November 26, 2019. On March 13, 2020, the Court issued its Scheduling Order (Dkt. 42). On March 16, 2020, Axonics filed IPR petitions for all patents at issue, and on April 10, 2020, Axonics filed its Motion to Stay Litigation Pending Inter Partes Review (Dkt. 49).

On September 15, 2020, the PTAB denied Axonics' IPR petition in its entirety for each asserted claim on all challenged grounds for U.S. Patent 9,463,324. On August 5, 2020, Medtronic announced the launch of its recently FDA-approved InterStim™ Micro neurostimulator for sacral neuromodulation (SNM) therapy, using its novel rechargeable technology claimed in the '324 patent, which directly competes with Axonics' accused product. Medtronic's InterStim™ Micro had not launched at the time the parties briefed Axonics' stay motion and the Court granted Axonics' request for a stay. Given these new market conditions and that *inter partes review* was not instituted as to the '324 patent, there is no reason to delay litigation regarding the '324 patent.

Accordingly, and consistent with the Court's stay order, Medtronic respectfully requests the stay be lifted as to '324 patent, and the Court issue a new scheduling order based on the following dates:

| EVENT | PROPOSED DATE |
|---|---|
| All Discovery Cut-Off | **May 21, 2021** |
| Motion Cut-Off | **June 21, 2021 @ 8:30AM** |
| Final Pre-Trial Conference | **July 26, 2021 @ 8:30AM** |
| Trial | **August 17, 2021 @ 8:30AM** |

### B. Axonics' Position Statement

Axonics requests that the stay remain in effect for the same reasons it was granted. The Court's prior determinations on the three factors remain true today. The first factor continues to support a stay because no additional resources have been expended by the Court, and the parties have not conducted any additional discovery since the stay was ordered.

The second factor also continues to support a stay because the PTAB instituted review of six of the seven asserted patents—covering the vast majority of the claims. *See Boston Scientific Corp. v Edwards Lifesciences Corp., No. 8:16-cv-00730,* Dkt. No. 110, slip op. at 4 (C.D. Cal. Dec. 1, 2017) (Order Denying Motion To Lift Stay) (finding second factor continued to support the stay where IPRs were instituted against three of eight patents and not instituted on the remaining five). The PTAB instituted review of the '112 patent, which is from the same family as the '324 patent, but was challenged on different Grounds. The two family members are of overlapping scope, with both claiming, inter alia, an "external charging device," an "implantable medical device, and a "control circuit" for controlling the "transfer of energy" between the two devices using a "primary coil," "secondary coil" and a "temperature sensor." Accordingly, the PTAB's construction of the '112 patent claims, and any patentability arguments advanced in the IPR, will also apply to the '324 patent and will provide the Court with helpful guidance regarding the scope of these patents and the prior art. Moreover, Medtronic identifies the same components from Axonics Charging System and IPG for the '324 patent and the instituted '112, '148, '758, and '069 patents. *Compare* Dkt. No.

28 ¶¶ 76-78 (infringement allegations for the '324 patent) *with* ¶¶93-95 (virtually identical allegations for the '112 patent), ¶¶110-111 (identifying the same IPG, coils, and Charging System), ¶¶127-128 (same), ¶¶ 145-146 (same). Any discovery on the '324 patent is in essence also discovery on the '112 patent, on which review was instituted. As a result, the piecemeal litigation approach proposed by Medtronic would be impractical and would waste judicial and the parties' resources.

Finally, the Court's decision of the third factor is as applicable now as it was in May. Medtronic raised its InterStim™ Micro at that time and thus it is not a new fact. The Court found that "even if the parties' products were sole market competitors" the third factor, "at most…tilts slightly against a stay." (Dkt. 55 at 4.)

Accordingly, there has been no material change in conditions that warrants lifting the stay under the relevant factors.

Dated: October 15, 2020

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ *Nimalka Wickramasekera*
George C. Lombardi
Nimalka Wickramasekera
J.R. McNair
Samantha M. Lerner
Vivek V. Krishnan
Joe Netikosol

Attorneys for Plaintiffs
MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC.

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Megan Chung*
A. James Isbester
Megan Chung

Attorneys for Defendant
AXONICS MODULATION TECHNOLOGIES, INC.