| | |
|---|---|
| Nimalka Wickramasekera (CA SBN: 268518)<br>NWickramasekera@winston.com<br>Joe S. Netikosol (CA SBN: 302026)<br>JNetikosol@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>Telephone:  (213) 615-1700<br>Facsimile:   (213) 615-1750<br><br>George C. Lombardi (*pro hac vice*)<br>GLombard@winston.com<br>Samantha M. Lerner (*pro hac vice*)<br>SLerner@winston.com<br>J.R. McNair (*pro hac vice*)<br>JMcNair@winston.com<br>Vivek V. Krishnan (*pro hac vice*)<br>VKrishnan@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone:  (312) 558-5600<br>Facsimile:   (312) 558-5700<br><br>Attorneys for Plaintiffs<br>MEDTRONIC, INC.; MEDTRONIC<br>PUERTO RICO OPERATIONS CO.;<br>MEDTRONIC LOGISTICS, LLC;<br>MEDTRONIC USA, INC. | A. James Isbester (CA SBN: 129820)<br>jisbester@kilpatricktownsend.com<br>KILPATRICK TOWNSEND &<br>STOCKTON LLP<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Telephone:  (415) 576-0200<br>Facsimile:   (415) 576-0300<br><br>Matthew J. Meyer (CA SBN: 284578)<br>mmeyer@kilpatricktownsend.com<br>180 Marsh Road<br>Menlo Park, CA 94025<br>Telephone:  (650) 326-2400<br>Facsimile:   (650) 326-2422<br><br>Attorneys for Defendant<br>AXONICS MODULATION<br>TECHNOLOGIES, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AXONICS MODULATION TECHNOLOGIES, INC.,<br><br>Defendant. | **Case No.  8:19-cv-02115-DOC-JDE**<br><br>**JOINT STATEMENT REGARDING FINAL WRITTEN DECISIONS FOR AXONICS' IPR PETITIONS**<br><br>Judge:      Hon. David O. Carter |

Pursuant to this Court's May 8, 2020 Order Granting Defendant's Motion to Stay Pending *Inter Partes* Review of the Patents-in-Suit (Dkt. No. 55) and Order Continuing Stay (Dkt. No. 59), Plaintiffs Medtronic, Inc., Medtronic Puerto Rico Operations Co., Medtronic Logistics, LLC, and Medtronic USA, Inc. (collectively, "Medtronic") and Defendant Axonics Modulation Technologies, Inc. ("Axonics") hereby submit this Joint Statement Regarding Final Written Decisions for Axonics' IPR Petitions relating to Medtronic's asserted U.S. Patent Nos. 8,036,756 ("the '756 patent"); 8,626,314 ("the '314 patent"); 9,463,324 ("the '324 patent"); 9,821,112 ("the '112 patent"); 8,738,148 ("the '148 patent"); 8,457,758 ("the '758 patent"); and 7,774,069 ("the '069 patent"), and further provide the status of the patent claims remaining in this litigation.

I. **STATUS OF AXONICS' IPRs**

On September 15, 2020, the Patent Trial and Appeal Board ("PTAB") denied institution of the IPR petition regarding the '324 patent. On September 13, 2021 and September 22, 2021, the PTAB issued final written decisions regarding Axonics' remaining IPR petitions. The decisions are summarized below:

| IPR Petition No. | Patent No. | Institution/ Final Written Decision | If Sought, Rehearing Deadlines |
|---|---|---|---|
| IPR2020-00714 | 9,463,324 | Denied institution as to each asserted claim on all asserted grounds. | None; not appealable. |
| IPR2020-00715 | 8,036,756 | Patentability of all asserted claims upheld. | Request for Rehearing by Director: October 13, 2021. |
| IPR2020-00679 | 8,626,314 | Patentability of all asserted claims upheld. | Request for Rehearing by Director: October 13, 2021. |
| IPR2020-00713 | 9,821,112 | Patentability of asserted claims 1–7, 16–18, and 22 upheld. Claims 9-13 and 20 found unpatentable. Other claims | Request for Rehearing by Director: October 22, 2021. |

| | | | |
|---|---|---|---|
| | | | disclaimed. |
| IPR2020-00712 | 8,738,148 | Patentability of all asserted claims not disclaimed upheld. | Request for Rehearing by Director: October 22, 2021. |
| IPR2020-00680 | 8,457,758 | Patentability of all asserted claims upheld. | Request for Rehearing by Director: October 22, 2021. |
| IPR2020-00678 | 7,774,069 | Patentability of asserted claim 7 upheld. Asserted claims 5, 6, and 8 found unpatentable | Request for Rehearing by Director: October 13, 2021. |

Dated: September 30, 2021

Respectfully submitted,

WINSTON & STRAWN LLP


By: /s/ *Nimalka Wickramasekera*
    George C. Lombardi
    Nimalka Wickramasekera
    J.R. McNair
    Samantha M. Lerner
    Vivek V. Krishnan
    Joe Netikosol

Attorneys for Plaintiffs
MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC.


KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/*James Isbester*
    A. James Isbester
    Matthew Meyer

Attorneys for Defendant
AXONICS MODULATION TECHNOLOGIES, INC.

# ATTESTATION OF FILER

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 30, 2021          /s/ *Nimalka Wickramasekera*
                                    Nimalka Wickramasekera