George C. Lombardi (*pro hac vice)*
GLombard@winston.com
J.R. McNair (*pro hac vice*)
JMcNair@winston.com
Vivek V. Krishnan (*pro hac vice*)
VKrishnan@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Nimalka Wickramasekera (CA SBN: 268518)
NWickramasekera@winston.com
Joe S. Netikosol (CA SBN: 302026)
JNetikosol@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorneys for Plaintiffs*
MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC.

Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
William P. Nelson (Bar No. 196091)
william.nelson@tensegritylawgroup.com
Gina Cremona (Bar No. 305392)
gina.cremona@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Facsimile: (650) 802-6001

Azra Hadzimehmedovic (Bar No. 239088)
azra@tensegritylawgroup.com
Aaron M. Nathan (Bar No. 251316)
aaron.nathan@tensegritylawgroup.com
Samantha A. Jameson (Bar No. 296411)
samantha.jameson@tensegritylawgroup.com
Alton L. Hare (admitted *Pro Hac Vice*)
alton.hare@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
8260 Greensboro Drive, Suite 260,
McLean, VA 22102
Telephone: (703) 940-5031
Facsimile: (650) 802-6001

*Attorneys for Defendant*
AXONICS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC.,

Plaintiffs,

v.

AXONICS MODULATION TECHNOLOGIES, INC.,

Defendant.

**Case No. 8:19-cv-02115-DOC-JDE**

Hon. David O. Carter

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's Amended Order Appointing Special Master (Dkt. No. 100) and the parties' Joint Stipulation Regarding the Schedule and Request Regarding the Appointment of a Special Master Pursuant to Federal Rule of Civil Procedure 53 filed on March 23, 2022 (Dkt. 97), Plaintiffs Medtronic, Inc., Medtronic Puerto Rico Operations Co., Medtronic Logistics, LLC, and Medtronic USA, Inc. (collectively, "Plaintiffs" or "Medtronic") and Defendant Axonics, Inc. ("Axonics") hereby provide the following Joint Claim Construction Statement:

## I. Agreed Upon Claim Terms

The parties have agreed upon constructions of the following terms:

| No. | Claim Terms | Agreed Constructions |
|---|---|---|
| 1. | "[wherein] said [external power source/charging unit] automatically [varies/varying] its power output based on a value associated with said current passing through said internal battery"<br>"wherein said [external power source/ automatically varying step] automatically varies its power output based on a signal proportional to said current passing through said internal battery"<br>('148 Patent Claims 3, 9, 15) | These claims each require two separate inputs to the external power source or charging unit[1]<br>These limitations in combination require both (1) "a value associated with said current passing through said internal battery" and (2) "a signal proportional to said current passing through said internal battery." |
| 2. | "[wherein] said [external power source/charging unit] automatically [varies/varying] its power output based on a value associated with said current passing through said internal battery"<br>"wherein said [external power source/ | These claims each require two separate inputs to the external power source or charging unit[1]<br>These limitations in combination require both (1) |

[1] This construction was proposed by Medtronic and adopted by the Patent Trial and Appeal Board in the *Inter Partes* Review. Axonics does not concede that this is the correct construction, but Axonics agrees to this construction for purposes of this case, unless this construction is modified by the Federal Circuit on appeal of the related IPRs.

| | | |
|---|---|---|
| | automatically varying step] automatically varies its power [source] output based on a measured voltage associated with said current passing through said internal battery" ('148 Patent Claims 6, 12, 18) | "a value associated with said current passing through said internal battery" and (2) "a measured voltage associated with said current passing through said internal battery." |
| 3. | "[wherein] said [external power source/charging unit] automatically [varies/varying] its power output based on a value associated with said current passing through said internal power source" "wherein said [external power source/automatically varying step] automatically varies its power output based on a measured current associated with said current passing through said internal power source" ('758 Patent Claims 1, 5, 9) | These claims each require two separate inputs to the external power source or charging unit[1] These limitations in combination require both (1) "a value associated with said current passing through said internal power source" and (2) "a measured current associated with said current passing through said internal power source." |
| 4. | "wherein said [external power source/ automatically varying step] automatically varies its power output based on a [current/voltage] proportional to said current passing through said internal battery" ('148 Patent Claims 4, 5, 10, 11, 16, 17) | Each wherein clause of these dependent claims requires a separate input from those in the independent claims[1] |

## II. <u>Disputed Constructions</u>

The parties dispute the meaning of the following claim terms:

| No. | Claim Terms | Medtronic's Proposed Construction | Axonics' Proposed Construction |
|---|---|---|---|
| 1. | **"plurality of tine elements"** ('756 Patent Claim 14; | Two or more parts or portions that include tines along the length of the lead body and which | Two or more structures to which one or more tines are attached |

| | | | |
|---|---|---|---|
| | '314 Patent Claims 1, 7, 11, 18, 20, 21)<br><br>In the context of the following independent claim terms:<br><br>"a plurality of tine elements attached to the lead body along a second segment of the lead body between the first segment of the lead body and the lead proximal end, each tine element comprising a plurality of flexible tines" ('756 Patent Claim 14)<br><br>"a plurality of tine elements extending from the lead body, wherein all tine elements of the plurality of tine elements are positioned between a most proximal electrode of the plurality of electrodes and the proximal end of the lead body, each tine element comprising a plurality of flexible, pliant tines" ('314 Patent Claims 1, 11, 18) | may form a single structure | |
| 2. | **"indicative of"** in the context of the following claim terms: | Plain and ordinary meaning, which is synonymous with "serving as a sign of" | "accurately measuring" the relevant temperature |

|   | | | |
|---|---|---|---|
|   | "a temperature sensor adapted to provide an output **indicative of** a temperature of the side of the housing" ('324 Patent Claims 1 and 20)<br><br>"providing, via a temperature sensor of the external device, output **indicative of** a temperature of the side of the housing." ('324 Patent Claim 12) | | |
| 3. | **"adjustable assembly adapted to adjust efficiency of energy transfer between the primary coil and the secondary coil"** ('324 Patent Claim 5) | Plain and ordinary meaning which is an assembly of the external device that allows for adapting the position of the primary coil of the external device relative to the secondary coil to adjust efficiency of charging. | "a component of the external device that is moveable relative to another component of the external device to adjust efficiency of charging" |
| 4. | **"programmable limit"** ('112 Patent Claims 1, [8], 22) | Plain and ordinary meaning, which means "a limit capable of being programmed" | "a variable temperature limit that is able to be changed during use, excluding limits that are pre-determined or preselected or manufacturer presets" |
| 5. | **"an external charging device configured to transcutaneously transfer energy to the implantable medical device"** ('112 Patent | Not subject to 35 U.S.C. § 112(f); Plain and ordinary meaning | This claim term is subject to 35 U.S.C. § 112(f)<br><br>Function: [to transcutaneously transfer/transcutaneously transferring] energy to |

| | | | |
|---|---|---|---|
| | Claim 1)<br><br>**"transferring, via an external charging device, energy transcutaneously to an implantable medical device"** ('112 Patent, Claim [8]) | | the implantable medical device<br><br>Structure: as described in Figure 3 and 9:53-62, 10:26-35; Figures 6-8 and 10:36-58, 11:2-41, 11:59-12:15; Figures 13-14 and 13:35-38, 13:58-63, 13:66-14:10, 16:61-17:13, 20:6-25, external antenna, including primary coil and thermally conductive, non-magnetic, non-electrically conductive surface of external antenna |
| 6. | **"value associated with said current"** ('148 Patent Claims 3, 6, 9, 12, 15, 18; '758 Patent Claims 1, 2, 4, 5, 6, 8, 9, 10, 12) | Plain and ordinary meaning is "value related to said current" | Indefinite as applied by Plaintiffs in their infringement contentions or "value proportional to said current" |
| 7. | "wherein said current passing through said internal power source declines as said voltage of said internal power source increases during a charging cycle" ('758 Patent Claims 2, 6, 10)<br><br>"wherein said predetermined current in said internal power source declines as said voltage of said internal power source increases | wherein at any instance during the charging cycle said [predetermined] current [in / passing through] said internal power source has an inverse relationship with said voltage of said internal power source, such that said current declines as said voltage increases; an inverse relationship between current and voltage does not include in its scope instances in | Excludes charging with constant current and roughly constant voltage phases and excludes instances in which the [predetermined] current [passing through / in] said internal power source declines only after the voltage of the internal power source increases during a charging cycle[1] |

| | | | |
|---|---|---|---|
| | during a charging cycle" ('069 Patent Claim 7) | which the current declines only after the voltage of the internal power source increases during a charging cycle. | |

Dated: June 24, 2022

WINSTON & STRAWN LLP

By: /s/ *Nimalka Wickramasekera*

George C. Lombardi
Nimalka Wickramasekera
J.R. McNair
Vivek V. Krishnan
Joe Netikosol

Attorneys for Plaintiffs
MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC.

*/s/ Matthew D. Powers*

Matthew D. Powers (Bar No. 104795)
William P. Nelson (Bar No. 196091)
Gina Cremona (Bar No. 305392)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Facsimile: (650) 802-6001
matthew.powers@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
gina.cremona@tensegritylawgroup.com

Azra M. Hadzimehmedovic (Bar No. 239088)
Aaron M. Nathan (Bar No. 251316)
Samantha A. Jameson (Bar. No. 296411)
Alton L. Hare (admitted *Pro Hac Vice)*

TENSEGRITY LAW GROUP, LLP
8260 Greensboro Drive, Suite 260
McLean, VA 22102
Telephone:  (703) 940-5033
Facsimile:   (650) 802-6001
azra@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
samantha.jameson@tensegritylawgroup.com
alton.hare@tensegritylawgroup.com

*Attorneys for Defendant Axonics, Inc.*