1  DAVID KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8                       UNITED STATES DISTRICT COURT
                        CENTRAL DISTRICT OF CALIFORNIA
9                              SOUTHERN DIVISION

10                                          )
    MEDTRONIC, INC., et al.                 ) Case No. 8:19-cv-02115-DOC-JDE
11                                          )
            Plaintiffs,                     ) Hon. David O. Carter
12                                          )
         v.                                 ) Special Master David Keyzer
13                                          )
    AXONICS MODULATION                      )
14  TECHNOLOGIES, INC.                      ) **SPECIAL MASTER ORDER**
                                            )
15          Defendant.                      ) **No. SM-13**
                                            )
16

17       Pursuant to authority provided by the April 26, 2022 Amended Order Appointing

18  Special Master (*see* Dkt. 100), and as jointly proposed by counsel in an e-mail to the

19  Special Master on August 23, 2022, the Special Master hereby **ORDERS** that the parties

20

may submit motions for reconsideration of Special Master Orders according to the following procedure:

    1. A party seeking reconsideration of any portion of the Special Master's order shall notify the other party of its intent, including the specific portion(s) of the order at issue and a brief summary of the basis for seeking reconsideration. The parties shall thereafter make a reasonable good faith effort to meet and confer if either party requests to meet and confer, though a meet and confer is not required before filing the motion for reconsideration.

    2. The party moving for reconsideration shall submit to the Special Master a letter brief not to exceed three single-spaced pages, with no exhibits or attachments, within two days of the order that is the subject of the motion for reconsideration.

    3. The opposing party shall submit to the Special Master a letter brief not to exceed three single-spaced pages, with no exhibits or attachments, within two days after the moving party's letter is submitted.

    4. The Special Master may, in his discretion, schedule oral argument on the motion for reconsideration. The Special Master may also rule on the motion for reconsideration without a hearing.

    5. The filing of a motion for reconsideration shall not automatically toll the deadline to file objections to the Special Master's order under Federal Rule of Civil Procedure 53(f), though either party may request that the Special Master toll such deadline.

If any portion of the jointly proposed procedure set forth above is in fact disputed, then the parties should bring such dispute to the attention of the Special Master immediately or no later than **September 2, 2022, at 12:00 P.M.** Pacific Time.

Finally, this procedure set forth above is subject to modification by the Special Master and/or by agreement of the parties with the approval of the Special Master as may be appropriate to facilitate the speedy and efficient resolution of particular disputes.

**IT IS SO ORDERED.**

Dated: August 31, 2022      By: _____
David Keyzer
Special Master

SPECIAL MASTER ORDER No. SM-13 - 3