Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
William P. Nelson (Bar No. 196091)
william.nelson@tensegritylawgroup.com
Natasha M. Saputo (Bar No. 291151)
natasha.saputo@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:  (650) 802-6000
Facsimile:   (650) 802-6001

Azra Hadzimehmedovic (Bar No. 239088)
azra@tensegritylawgroup.com
Aaron M. Nathan (Bar No. 251316)
aaron.nathan@tensegritylawgroup.com
Samantha A. Jameson (Bar No. 296411)
samantha.jameson@tensegritylawgroup.com
Stephen K. Shahida (admitted *Pro Hac Vice*)
stephen.shahida@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
8260 Greensboro Drive, Suite 260,
McLean, VA 22102
Telephone:  (703) 940-5031
Facsimile:   (650) 802-6001

*Attorneys for Defendant* AXONICS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AXONICS MODULATION TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 8:19-cv-02115-DOC-JDE<br><br>**OMNIBUS DECLARATION OF SAMANTHA A. JAMESON IN SUPPORT OF DEFENDANT AXONICS, INC.'S MOTION FOR SUMMARY JUDGMENT &** ***DAUBERT*** **MOTIONS**<br><br>Date:   March 6, 2023<br>Time:  8:30 a.m.<br>Ctrm:   10A<br>Judge:  Hon. David O. Carter |

I, Samantha A. Jameson, declare as follows:

1.     I am a partner at the law firm of Tensegrity Law Group LLP, and counsel of record for Defendant Axonics, Inc. ("Axonics" or "Defendant") in the above-captioned matter. I am an attorney in good standing licensed to practice in the State of California. I submit this declaration in support of Axonics' Motion for Summary Judgment and *Daubert* Motions. I have personal knowledge of the following based upon my representation of Axonics in this matter and, if called upon, I could testify competently thereto.

2.     Attached hereto as **Exhibit 1** is a true and correct excerpted copy of the Medtronic's Claim Construction Hearing Slides.

3.     Attached hereto as **Exhibit 2** is a true and correct excerpted copy of the Claim Construction Hearing transcripts, dated September 12, 2022.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of Expert Report of Toby Chai dated, November 7, 2022. This document contains information designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

5.     Attached hereto as **Exhibit 4** is a true and correct excerpted copy of Toby Chai's Deposition Transcript, dated January 8, 2023. This document contains information designated by Medtronic as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of US Patent No. 8,626,314 bates stamped MDT00002591-MDT-00002610.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of Expert Report of Toby Chai, dated December 16, 2022. This document contains information designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

8.     Attached hereto as **Exhibit 7** is a true and correct copy of Expert Report of Ronald Berger, dated December 18, 2022. This document contains information

designated by Medtronic as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

9. Attached hereto as **Exhibit 8** is a true and correct excerpted copy of the Deposition of Ronald Berger, dated January 7, 2022. This document contains information designated by Medtronic as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the Expert Report of Richard Mihran, dated November 7, 2022. This document contains information designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the Expert Report of DeForest McDuff, dated November 7, 2022. This document contains information designated by Axonics and Medtronic as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

12. Attached hereto as **Exhibit 11** is a true and correct excerpted copy of the Deposition transcript of DeForest McDuff, dated January 13, 2023. This document contains information designated by Axonics and Medtronic as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

13. Attached hereto as **Exhibit 12** is a true and correct excerpted copy of the Deposition transcript of Charles Bombeck, dated October 27, 2022. This document contains information designated by Medtronic as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

14. Attached hereto as **Exhibit 13** is a true and correct excerpted copy of the Deposition Transcript of Richard Mihran, dated January 13, 2023. This document contains information designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the CV of

1  Richard Mihran.

2      16.    Attached hereto as **Exhibit 15** is a true and correct copy of the
3  Supplemental Expert Report of Richard Mihran, dated December 22, 2022. This
4  document contains information designated by Axonics as HIGHLY CONFIDENTIAL
5  – ATTORNEYS' EYES ONLY information under the Protective Order.

6      17.    Attached hereto as **Exhibit 16** is a true and correct copy of the Addendum
7  to the Expert Report of Richard Mihran, dated January 11, 2023. This document
8  contains information designated by Axonics as HIGHLY CONFIDENTIAL –
9  ATTORNEYS' EYES ONLY information under the Protective Order.

10      18.    Attached hereto as **Exhibit 17** is a true and correct excerpted copy of the
11  Deposition Transcript of Lawrence Stevens, dated January 20, 2023. This document
12  contains information designated by Axonics as HIGHLY CONFIDENTIAL –
13  ATTORNEYS' EYES ONLY information under the Protective Order.

14      19.    Attached hereto as **Exhibit 18** is a true and correct copy of the Expert
15  Report of Lawrence Stevens, dated December 22, 2022. This document contains
16  information designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS'
17  EYES ONLY information under the Protective Order.

18      20.    Attached hereto as **Exhibit 19** is a true and correct copy of the Addendum
19  to the Expert Report of Lawrence Stevens, dated January 11, 2023. This document
20  contains information designated by Axonics as HIGHLY CONFIDENTIAL –
21  ATTORNEYS' EYES ONLY information under the Protective Order.

22      21.    Attached hereto as **Exhibit 20** is a true and correct excerpted copy of the
23  Deposition Transcript of John Swoyer, dated August 11, 2022.

24      22.    Attached hereto as **Exhibit 21** is a true and correct copy of the document
25  bates stamped MDT-00624196-MDT-00624214. This document contains information
26  designated by Medtronic as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
27  ONLY information under the Protective Order.

28      23.    Attached hereto as **Exhibit 22** is a true and correct excerpted copy of the

Deposition of Karen Noblett, dated July 28, 2022. This document contains information designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

24. Attached hereto as **Exhibit 23** is a true and correct excerpted copy of the Deposition of Dan Dearen, dated September 15, 2022. This document contains information designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

25. Attached hereto as **Exhibit 24** is a true and correct excerpted copy of Deposition of John Woock, Ph.D., dated July 20, 2022. This document contains information designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

26. Attached hereto as **Exhibit 25** is a true and correct copy of the document bates stamped MDT-00079349. This document contains information designated by Medtronic as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

27. Attached hereto as **Exhibit 26** is a true and correct copy of the document bates stamped AX1333268-AX1333406, titled: Dec. 31, 2018 10-K.

28. Attached hereto as **Exhibit 27** is a true and correct copy of Exhibit I-1, of the Expert Report of DeForest McDuff. This document contains information designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

29. Attached hereto as **Exhibit 28** is a true and correct copy of Exhibit I-2, of the Expert Report of DeForest McDuff, dated November 7, 2022. This document contains information designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

30. Attached hereto as **Exhibit 29** is a true and correct copy of Exhibit I-4, of the Expert Report of DeForest McDuff, dated November 7, 2022. This document contains information designated by Axonics as HIGHLY CONFIDENTIAL –

1    ATTORNEYS' EYES ONLY information under the Protective Order.

2        31.    Attached hereto as **Exhibit 30** is a true and correct copy of Exhibit I-5, of
3 the Expert Report of DeForest McDuff, dated November 7, 2022. This document
4 contains information designated by Axonics as HIGHLY CONFIDENTIAL –
5 ATTORNEYS' EYES ONLY information under the Protective Order.

6        32.    Attached hereto as **Exhibit 31** is a true and correct copy of Exhibit I-6, of
7 the Expert Report of DeForest McDuff, dated November 7, 2022. This document
8 contains information designated by Axonics as HIGHLY CONFIDENTIAL –
9 ATTORNEYS' EYES ONLY information under the Protective Order.

10       33.    Attached hereto as **Exhibit 32** is a true and correct copy of Exhibit I-7, of
11 the Expert Report of DeForest McDuff, dated November 7, 2022. This document
12 contains information designated by Axonics as HIGHLY CONFIDENTIAL –
13 ATTORNEYS' EYES ONLY information under the Protective Order.

14       34.    Attached hereto as **Exhibit 33** is a true and correct copy of the Expert
15 Report of Drew Mooney, dated December 16, 2022. This document contains
16 information designated by Axonics and Medtronic as HIGHLY CONFIDENTIAL –
17 ATTORNEYS' EYES ONLY information under the Protective Order.

18       35.    Attached hereto as **Exhibit 34** is a true and correct copy of the document
19 bates stamped AX0337182-AX0337216. This document contains information
20 designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
21 information under the Protective Order.

22       36.    Attached hereto as **Exhibit 35** is a true and correct excerpt of Axonics,
23 Inc's Tenth Supplemental Responses and Objections to Plaintiffs' First Set of
24 Interrogatories (Interrogatory Nos. 3-4, 6, 8, and 11) (Part 1 of 3), dated October 17,
25 2022. This document contains information designated by Axonics and Medtronic as
26 HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the
27 Protective Order.

28       37.    Attached hereto as **Exhibit 36** is a true and correct copy of the Deposition

1  Transcript of John Albrecht, dated October 5, 2022. This document contains
2  information designated by Medtronic as HIGHLY CONFIDENTIAL – ATTORNEYS'
3  EYES ONLY information under the Protective Order.

4        38.    Attached hereto as **Exhibit 37** is a true and correct copy of a blog titled
5  "Royalty Rates for Medical Devices" authored by Ednaldo Silva.

6        39.    Attached hereto as **Exhibit 38** is a true and correct copy of an article titled
7  "Technology Royalty Rates in SEC Filings" authored by Thomas R. Varner.

8        40.    Attached hereto as **Exhibit 39** is a true and correct copy of a publication
9  titled Royalty Rates for Medical Devices & Diagnostics – 2016 Edition.

10       41.    Attached hereto as **Exhibit 40** is a true and correct copy of an article "IP
11 valuation for medical device innovations affected by US policy changes?" IAM IP.

12       42.    Attached hereto as **Exhibit 41** is a true and correct copy of an article titled
13 "Setting Values and Royalty Rates for Medical and Life Sciences Businesses" authored
14 by Howard Zaharoff.

15       43.    Attached hereto as **Exhibit 42** is a true and correct copy of Chapter 4
16 titled "Determination of Royalty Rates" from book titled International Licensing
17 (November 2018).

18       44.    Attached hereto as **Exhibit 43** is a true and correct copy of Patent No.
19 US7,774,069, bates stamped MDT-00002509-MDT-00002540.

20       45.    Attached hereto as **Exhibit 44** is a true and correct copy of the Expert
21 Report of Pedro Irazoqui, dated December 18, 2022. This document contains
22 information designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS'
23 EYES ONLY information under the Protective Order.

24       46.    Attached hereto as **Exhibit 45** is a true and correct copy of the file history
25 of Patent No. US7,774,069, bates stamped MDT-00000001-MDT-00000635.

26       47.    Attached hereto as **Exhibit 46** is a true and correct copy of document
27 bates stamped AX0000030. This document contains information designated by
28 Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information

1  under the Protective Order.

2      48.    Attached hereto as **Exhibit 47** is a true and correct copy of document
3  bates stamped AX0048868.

4      49.    Attached hereto as **Exhibit 48** is a true and correct copy of document
5  bates stamped AX0000439. This document contains information designated by
6  Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information
7  under the Protective Order.

8      50.    Attached hereto as **Exhibit 49** is a true and correct copy of document
9  bates stamped AX0001516. This document contains information designated by
10 Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information
11 under the Protective Order.

12     51.    Attached hereto as **Exhibit 50** is a true and correct copy of document
13 bates stamped AX0001653. This document contains information designated by
14 Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information
15 under the Protective Order.

16     52.    Attached hereto as **Exhibit 51** is a true and correct copy of US Patent No.
17 9,821,112 bates stamped MDT-00002671-MDT-00002699.

18     53.    Attached hereto as **Exhibit 52** is a true and correct excerpted copy of the
19 Deposition Transcript of Faizal Abdeen, dated October 13, 2022. This document
20 contains information designated by Axonics as HIGHLY CONFIDENTIAL –
21 ATTORNEYS' EYES ONLY information under the Protective Order.

22     54.    Attached hereto as **Exhibit 53** is a true and correct copy of document
23 bates stamped AX1172714-AX1172783. This document contains information
24 designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
25 information under the Protective Order.

26     55.    Attached hereto as **Exhibit 54** is a true and correct excerpted copy of the
27 Deposition Transcript of Pedro Irazoqui, dated January 18, 2023. This document
28 contains information designated by Axonics as HIGHLY CONFIDENTIAL –

1  ATTORNEYS' EYES ONLY information under the Protective Order.

2  56. Attached hereto as **Exhibit 55** is a true and correct copy of US Patent No. 8,036,756 bates stamped MDT-00002541-MDT-00002558.

57. Attached hereto as **Exhibit 56** is a true and correct copy of the Expert Report of Benjamin Pless, dated November 7, 2022. This document contains information designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

58. Attached hereto as **Exhibit 57** is a true and correct copy of document bates stamped AX0001676. This document contains information designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

59. Attached hereto as **Exhibit 58** is a true and correct copy of the Expert Report of Charles Butrick, dated December 16, 2022. This document contains information designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

60. Attached hereto as **Exhibit 59** is a true and correct copy of document bates stamped MDT-00504470-MDT-00504514. This document contains information designated by Medtronic as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

61. Attached hereto as **Exhibit 60** is a true and correct copy of the Comparison of Dr. McDuff's Royalty Rates vs. Corrected McDuff Royalty Rates. This document contains information designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information under the Protective Order.

62. Attached hereto as **Exhibit 61** is a true and correct copy of US Patent No. 8,738,148 bates stamped MDT-00002611-MDT-00002641.

63. Attached hereto as **Exhibit 62** is a true and correct copy US Patent No. 8,457,758 bates stamped MDT-00002559-MDT-00002590.

64. Attached hereto as **Exhibit 63** is a true and correct copy of document

1  bates stamped AX1091356. This document contains information designated by
2  Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information
3  under the Protective Order.

4  65. Attached hereto as **Exhibit 64** is a true and correct copy of *Emblaze LTD.*
5  *v. Apple, Inc.*, No. 5:11-cv-01079-PSG, Dkt. No. 519 (N.D. Cal. June 18, 2014).

6  66. Attached hereto as **Exhibit 65** is a true and correct copy of the document
7  bates stamped AX5000200-AX5000201. This document contains information
8  designated by Axonics as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
9  information under the Protective Order.

10  67. Attached hereto as **Exhibit 66** is a true and correct copy of *Omega*
11  *Patents, LLC. v. Calamp Corp.*, Case 6-13-CV-01950-PGB-DCI, Dkt. No. 117 (M.D.
12  Fla. Dec. 23, 2015)

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 23, 2023.

                        /s/ Samantha A. Jameson
                          Samantha A. Jameson