Nimalka Wickramasekera (SBN: 268518)
NWickramasekera@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

George C. Lombardi (*pro hac vice*)
GLombard@winston.com
Brian Nisbet (*pro hac vice*)
BNisbet@winston.com
J.R. McNair (*pro hac vice*)
JMcNair@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:   (312) 558-5600
Facsimile:   (312) 558-5700

Attorneys for Plaintiffs
MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.;
MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AXONICS MODULATION TECHNOLOGIES, INC., <br><br> Defendant. | **Case No.  8:19-cv-02115-DOC-JDE** <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANT'S APPLICATION FOR ORDER TO CONTINUE TRIAL AND MODIFY CASE SCHEDULE** <br><br> Trial Date:   April 11, 2023 <br> Time:   8:30 A.M. <br> Place:   Courtroom 10A <br> Judge:   Hon. David O. Carter <br><br> **REDACTED/PUBLIC VERSION** <br> **REDACTS MATERIALS FROM** <br> **CONDITIONALLY SEALED RECORD** |

Plaintiffs Medtronic, Inc., Medtronic Puerto Rico Operations Co., Medtronic Logistics, LLC, and Medtronic USA, Inc., respond to defendant Axonics Modulation Technologies, Inc.'s *Ex Parte* Application for Order to Continue Trial and Modify Case Schedule as follows:

[REDACTED]

From Medtronic's standpoint, [REDACTED] arises at a most unfortunate time. The case is set for trial on April 11, 2023, five weeks from now. Medtronic is asserting that Axonics has for years willfully infringed patents in three families and continues to infringe Medtronic patents at present. The April 11, 2023, trial date represented Medtronic's opportunity not only to address Axonics' past infringement but also to obtain an injunction to prevent ongoing and future infringement.

This is not the first time this case has been delayed despite Medtronic's attempts to bring it to trial promptly. The case was filed in November 2019. After the case had been on file for five months, Axonics filed petitions for *inter partes* review in the United States Patent & Trademark Office, seeking invalidation of all patents-at-issue in this case. Axonics also filed a motion to stay this case pending resolution of the IPRs. Dkt. No. 49. The Court granted the motion for stay. Dkt. No. 55.

The IPR's were decided in September 2021. Dkt. No. 62. The PTO ultimately confirmed the validity of claims in every patent challenged by Axonics in the IPRs. Each of the patents remain at issue in this lawsuit. Dkt. No. 62.

The stay was lifted in October 2021, after nearly 18 months of delay. Dkt. No. 68. The case then was scheduled for trial in January 2023. Dkt. No. 97. Because of the Court's trial schedule, and as requested by the Court, the parties agreed to continue the trial date to the current date of April 11, 2023. Dkt. Nos. 149 and 162.

Medtronic recognizes that the single most important factor in determining the

1

appropriate disposition is the Court's extremely busy schedule.  Medtronic requests that the Court consider the previous delays in determining any rescheduled date.

In addition, Medtronic notes that the case is virtually trial ready at this time.  Fact discovery closed on October 10, 2022. Dkt. No. 162. Expert discovery concluded on January 11, 2023.  Dkt. No. 162. Summary judgment and Daubert motions are fully briefed. The parties have exchanged material required by L.R. 16-2, including proposed stipulated facts, exhibit and witness lists, deposition designations, and contentions of fact and law. Dkt. 162 at 3.  The final pretrial order materials are due March 14, 2023. Dkt. No. 162.

Medtronic requests that any extension of the trial date not affect other deadlines for filings or exchanges among the parties.  The current schedule now is largely complete.  Further extensions inevitably would increase the expense of the matter and could potentially cause further delay.

The record for the trial should be deemed closed with no opportunity for further discovery or supplementation of the record to Medtronic's prejudice.

2

PLAINTIFFS' RESPONSE TO DEFENDANT'S APPLICATION FOR ORDER
TO CONTINUE TRIAL AND MODIFY CASE SCHEDULE
CASE NO. 8:19-CV-02115-DOC-JDE

1    Dated:  February 27, 2023          WINSTON & STRAWN LLP

2                                       By:  /s/ Nimalka Wickramasekera

3                                           Nimalka Wickramasekera
                                            George C. Lombardi
4                                           Brian Nisbet
                                            J.R. McNair

5                                           Attorneys for Plaintiffs
6                                           MEDTRONIC, INC.; MEDTRONIC
                                            PUERTO RICO OPERATIONS CO.;
7                                           MEDTRONIC LOGISTICS, LLC;
                                            MEDTRONIC USA, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

PLAINTIFFS' RESPONSE TO DEFENDANT'S APPLICATION FOR ORDER
TO CONTINUE TRIAL AND MODIFY CASE SCHEDULE
CASE NO. 8:19-CV-02115-DOC-JDE