# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AXONICS MODULATION TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 8:19-cv-02115-DOC-JDE<br><br>**ORDER GRANTING AXONICS'** *EX PARTE* **APPLICATION FOR ORDER TO CONTINUE TRIAL AND MODIFY CASE SCHEDULE**<br><br>Ctrm:  10A<br>Judge:  Hon. David O. Carter |

Having considered Defendant Axonics, Inc.'s *Ex Parte* Application For Order To Continue Trial and Modify Case Schedule (Dkt. 260) and Plaintiff Medtronic, Inc.'s Responde (Dkt. 262), the Court finds that good cause has been shown, and hereby **GRANTS** the motion as follows:

1. Trial in this matter is continued until August 15, 2023 at 8:30 AM;

2. The hearing on the parties' summary judgment and *Daubert* motions is set for July 18, 2023 at 8:30 AM;

3. The Final Pretrial Conference is set for August 1, 2023 at 8:30 AM;

4. No further discovery or supplementation of the record is permitted unless already allowed by the Court or the Special Master;

5. The Special Master shall meet and confer with the parties regarding new deadlines for all remaining pretrial activities set out in the Order Adopting Trial Schedule (Dkt.162) in accordance with the above dates, and thereafter the Special Master shall submit to the Court a proposed revised case schedule.

**IT IS SO ORDERED**

Dated:   February 28, 2023

*David O. Carter*

Honorable David O. Carter
United States District Court Judge