**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CIVIL MINUTES – GENERAL

Case No. 8:19-cv-02115-DOC-JDEx					Date: September 7, 2023

Title: MEDTRONIC, INC. ET AL V. AXONICS MODULATION TECHNOLOGIES, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DENYING MOTIONS WITHOUT PREJUDICE [186, 187, 190, 193, 194]**

    This case is currently stayed after a Federal Circuit decision vacated and remanded decisions by the Patent and Trademark Office's Patent Trial and Appeal Board ("PTAB" or "Board") that upheld the validity of two patents at issue in this case—the "tined lead" patents (Dkt. 314). The Federal Circuit has since vacated and remanded Board decisions in two Inter Partes Review (IPR) proceedings upholding the validity of claims of two other patents at issue in this case—U.S. Patent No. 8,457,758 ("758 Patent") and U.S. Patent No. 8,738,148 ("148 Patent") (Dkt. 315).

    Because the remand on the 758 and 148 Patents supports extending the stay, the Court **DENIES WITHOUT PREJUDICE** the parties' pending motions for summary judgment and Daubert motions (collectively, "Motions") (Dkts. 186, 187, 190, 193, 194). The parties may renew their Motions at a later time by refiling the same motions or seeking leave to file short supplemental briefs in support of the Motions.[1]

    Upon lifting of the stay, the parties are **DIRECTED** to submit a joint report of no more than 5 pages (1) apprising the Court of any changes in circumstance caused by the PTAB proceedings; (2) specifying the Motions the parties intend to renew and the Motions the parties seek to further brief; and (3) proposing a schedule for refiling any Motions and/or submitting supplemental briefs.

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11					Initials of Deputy Clerk: ts
CIVIL-GEN

---

[1] The parties are advised that the purpose of supplemental briefing is to simply apprise the Court of the effect of the PTAB proceedings. Accordingly, the parties can anticipate that the Court will limit the length of the supplemental briefs and permit the parties to incorporate-by-reference the Motions and their accompanying exhibits.