| | |
|---|---|
| Nimalka Wickramasekera (CA SBN: 268518)<br>NWickramasekera@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>Telephone:  (213) 615-1700<br>Facsimile:  (213) 615-1750<br><br>Robert N. Kang (CA SBN: 274389)<br>RKang@winston.com<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111-5840<br>Telephone:  (415) 591-1000<br>Facsimile:  (415) 591-1400<br><br>George C. Lombardi (*pro hac vice*)<br>GLombard@winston.com<br>Brian Nisbet (*pro hac vice*)<br>BNisbet@winston.com<br>J.R. McNair (*pro hac vice*)<br>JMcNair@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone:  (312) 558-5600<br>Facsimile:  (312) 558-5700<br><br>Attorneys for Plaintiffs<br>MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC. | Matthew D. Powers (Bar No. 104795)<br>matthew.powers@tensegritylawgroup.com<br>William P. Nelson (Bar No. 196091)<br>william.nelson@tensegritylawgroup.com<br>TENSEGRITY LAW GROUP, LLP<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065<br>Telephone:  (650) 802-6000<br>Facsimile:  (650) 802-6001<br><br>Azra Hadzimehmedovic (Bar No. 239088)<br>azra@tensegritylawgroup.com<br>Aaron M. Nathan (Bar No. 251316)<br>aaron.nathan@tensegritylawgroup.com<br>Samantha A. Jameson (Bar No. 296411)<br>samantha.jameson@tensegritylawgroup.com<br>TENSEGRITY LAW GROUP, LLP<br>1676 International Dr., Suite 910<br>McLean, VA 22102<br>Telephone:  (703) 940-5031<br>Facsimile:  (650) 802-6001<br><br>Attorneys for Defendant<br>AXONICS, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AXONICS MODULATION TECHNOLOGIES, INC.,<br><br>Defendant. | **Case No. 8:19-cv-02115-DOC-JDE**<br><br>**JOINT STATEMENT REGARDING REMAND DECISIONS FOR AXONICS' IPR PETITIONS AND RECOMMENDATIONS OF THE PARTIES FOR FURTHER PROCEEDINGS**<br><br>Judge:     Hon. David O. Carter |

1  Pursuant to this Court's July 17, 2023 Order Granting Defendant's Ex Parte
2  Application to Stay The Case "pending resolution of the Inter Partes Reviews of
3  asserted United States Patent Nos. 8,036,756 and 8,626,314" that were remanded to the
4  PTAB, (Dkt. No. 314), Plaintiffs Medtronic, Inc., Medtronic Puerto Rico Operations
5  Co., Medtronic Logistics, LLC, and Medtronic USA, Inc. (collectively, "Medtronic")
6  and Defendant Axonics, Inc. ("Axonics") hereby submit this Joint Statement Regarding
7  Remand Decisions for Axonics' IPR Petitions relating to Medtronic's asserted U.S.
8  Patent Nos. 8,036,756 ("the '756 patent"); 8,626,314 ("the '314 patent"), and the status
9  of the remaining asserted patents numbered 9,463,324 ("the '324 patent"); 9,821,112
10 ("the '112 patent"); 8,738,148 ("the '148 patent"); 8,457,758 ("the '758 patent"); and
11 7,774,069 ("the '069 patent"), and further provide their respective recommendations for
12 further proceedings in connection with this action.

## I.  STATUS OF AXONICS' IPRs

On March 21, 2024, the Patent Trial and Appeal Board ("PTAB") following remand from the Federal Circuit issued new Final Written Decisions on Axonics' IPRs relating to the '756 patent and the '314 patent partly in Medtronic's favor and partly in Axonics' favor, confirming the patentability of certain asserted claims therein while confirming the unpatentability of certain other claims. These FWDs were written by a two-judge majority of a three-judge panel. The remaining judge issued a dissenting opinion stating that he would have invalidated all claims of both patents. The chart below summarizes the status of each of Axonics' petitions for Inter Partes Review against all asserted patents (with bold text for the just-issued FWDs and still pending remands).

| IPR Petition No. | Patent No. | Institution/ Final Written Decision |
|---|---|---|
| IPR2020-00714 | 9,463,324 | Denied institution as to each asserted claim on all asserted grounds, no |

| | | | pending proceedings |
|---|---|---|---|
| | **IPR2020-00715** | **8,036,756** | **Patentability of all asserted claims upheld** |
| | **IPR2020-00679** | **8,626,314** | **Patentability of asserted claims 18–21 and 24 upheld**<br>**Claims 1, 2, 4, 7, 10–12, 14, 22, and 23 found unpatentable** |
| | IPR2020-00713 | 9,821,112 | Patentability of asserted claims 1–7, 16–18, and 22 upheld, no pending proceedings<br>Claims 9–13 and 20 found unpatentable<br>Claims 8, 14, 15, 19, and 21 were disclaimed |
| | **IPR2020-00712** | **8,738,148** | **Currently in remand (May 31, 2024, target date for final written decision)**<br>**Claims 1, 2, 7, 8, 13, and 14 were disclaimed** |
| | **IPR2020-00680** | **8,457,758** | **Currently in remand (May 31, 2024, target date for final written decision)**<br>**Claims 3, 7, and 11 were disclaimed** |
| | IPR2020-00678 | 7,774,069 | Patentability of asserted claim 7 upheld, no pending proceedings<br>Claims 5, 6, 8, and 9 were found unpatentable |

## II. RECOMMENDATIONS FOR FURTHER PROCEEDINGS

Medtronic has informed Axonics it intends to dismiss with prejudice the '148 and '758 patents currently in remand at the PTAB from this case and plans to file a motion to lift the stay on Friday, April 5. The parties have met and conferred, in which Axonics

1  offered not to oppose lifting of the stay if Medtronic also agreed to dismiss the '756 and
2  '314 patents with prejudice. Medtronic declined. As the parties disagree about whether
3  the stay should be lifted during the pendency of the appeals from the PTAB's decisions
4  on the '756 and '314 patents, Medtronic will file its motion to lift the stay and Axonics
5  will oppose.

Dated:  April 1, 2024

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ *Nimalka Wickramasekera*
George C. Lombardi
Nimalka Wickramasekera
Robert N. Kang
Brian Nisbet
J.R. McNair

Attorneys for Plaintiffs
MEDTRONIC, INC.; MEDTRONIC
PUERTO RICO OPERATIONS CO.;
MEDTRONIC LOGISTICS, LLC;
MEDTRONIC USA, INC.

TENSEGRITY LAW GROUP

By: /s/ *Matthew Powers*

Matthew D. Powers (Bar No. 104795)
William P. Nelson (Bar No. 196091)
Natasha M. Saputo (Bar No. 291151)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:  (650) 802-6000
Facsimile:   (650) 802-6001
matthew.powers@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
natasha.saputo@tensegritylawgroup.com

Azra M. Hadzimehmedovic (Bar No. 239088)
Aaron M. Nathan (Bar No. 251316)
Samantha A. Jameson (Bar. No. 296411)

Stephen K. Shahida (admitted *Pro Hac Vice*)
Danielle C. Pfifferling (admitted *Pro Hac Vice*)
Nathaniel D. Cook (admitted *Pro Hac Vice*)
TENSEGRITY LAW GROUP, LLP
1676 International Drive, Suite 910
McLean, VA 22102
Telephone:  (703) 940-5033
Facsimile:   (650) 802-6001
azra@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
samantha.jameson@tensegritylawgroup.com
stephen.shahida@tensegritylawgroup.com
danielle.pfifferling@tensegritylawgroup.com
nathaniel.cook@tensegritylawgroup.com

David M. Stein
Olson Stein LLP
240 Nice Lane #301,
Newport Beach, CA 92663
Telephone:  (949) 887-4600
dstein@olsonstein.com

Attorneys for Defendant
AXONICS, INC.