| | |
|---|---|
| Nimalka Wickramasekera (SBN: 268518)<br>NWickramasekera@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750<br><br>Robert N. Kang (CA SBN: 274389)<br>RKang@winston.com<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111-5840<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br><br>George C. Lombardi (*pro hac vice*)<br>GLombard@winston.com<br>Brian Nisbet (*pro hac vice*)<br>BNisbet@winston.com<br>J.R. McNair (*pro hac vice*)<br>JMcNair@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br><br>Attorneys for Plaintiffs<br>MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC. | Matthew D. Powers (Bar No. 104795)<br>matthew.powers@tensegritylawgroup.com<br>William P. Nelson (Bar No. 196091)<br>william.nelson@tensegritylawgroup.com<br>TENSEGRITY LAW GROUP, LLP<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-6000<br>Facsimile: (650) 802-6001<br><br>Azra Hadzimehmedovic (Bar No. 239088)<br>azra@tensegritylawgroup.com<br>Aaron M. Nathan (Bar No. 251316)<br>aaron.nathan@tensegritylawgroup.com<br>Samantha A. Jameson (Bar No. 296411)<br>samantha.jameson@tensegritylawgroup.com<br>TENSEGRITY LAW GROUP, LLP<br>1676 International Dr., Suite 910<br>McLean, VA 22102<br>Telephone: (703) 940-5031<br>Facsimile: (650) 802-6001<br><br>Attorneys for Defendant<br>AXONICS, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AXONICS MODULATION TECHNOLOGIES, INC.,<br><br>Defendant. | **Case No. 8:19-cv-02115-DOC-JDE**<br><br>**JOINT STIPULATION TO DISMISS COUNTS V AND VI OF THE AMENDED COMPLAINT WITH PREJUDICE** |

## JOINT STIPULATION TO DISMISS COUNTS V AND VI OF THE AMENDED COMPLAINT WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 and the Court's April 22, 2024, Order, Medtronic, Inc.; Medtronic Puerto Rico Operations Co.; Medtronic Logistics LLC; and Medtronic USA, Inc. and Axonics, Inc. hereby stipulate to dismiss Counts V and VI of the Amended Complaint (Dkt. 28) with prejudice.

IT IS SO STIPULATED.

Dated:  May 3, 2024

WINSTON & STRAWN LLP

By: /s/ *Nimalka Wickramasekera*
George C. Lombardi
Nimalka Wickramasekera
J.R. McNair
Brian Nisbet
Robert N. Kang

Attorneys for Plaintiffs
MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, IN

TENSEGRITY LAW GROUP

By: /s/ *Matthew Powers*

Matthew D. Powers (Bar No. 104795)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:  (650) 802-6000
Facsimile:  (650) 802-6001
matthew.powers@tensegritylawgroup.com

Attorneys for Defendant
AXONICS, INC

## **FILER'S ATTESTATION**

I, Nimalka Wickramasekera, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 3, 2024

*/s/ Nimalka Wickramasekera*
Nimalka Wickramasekera