# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>AXONICS MODULATION TECHNOLOGIES, INC., <br><br>Defendant. | Case No. 8:19-cv-02115-DOC-JDE <br><br> **AMENDED ORDER DISMISSING COUNTS V AND VI OF THE AMENDED COMPLAINT WITH PREJUDICE [339]** |

Having reviewed Plaintiffs Medtronic, Inc., Medtronic Puerto Rico Operations Co., Medtronic Logistics, LLC, Medtronic USA, Inc.'s ("Medtronic") and Axonics, Inc.'s ("Axonics") Joint Stipulation to Dismiss Counts V and VI of the Amended Complaint With Prejudice,

IT IS HEREBY ORDERED that Counts V and VI of the Amended Complaint are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: May 3, 2024

By: _____
Hon. David O. Carter
United States District Judge