1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8                  UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
9                         SOUTHERN DIVISION

10                                          )
    MEDTRONIC, INC., et al.                 ) Case No. 8:19-cv-02115-DOC-JDE
11                                          )
            Plaintiffs,                     ) Hon. David O. Carter
12                                          )
         v.                                 ) Special Master David M. Keyzer
13                                          )
    AXONICS MODULATION                      )
14  TECHNOLOGIES, INC.                      ) **NOTICE OF**
                                            )
15          Defendant.                      ) **SPECIAL MASTER ORDER**
                                            )
16                                          )
                                            )
17                                          )
                                            )
18

19

20

NOTICE OF SPECIAL MASTER ORDER - 1

1. Pursuant to authority provided by the April 26, 2022 Amended Order Appointing
2. Special Master (Dkt. No. 100), the Special Master attaches hereto the Special Master
3. Order No. SM-28.

Dated: May 16, 2024

By: /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master