DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MEDTRONIC, INC., et al. | Case No. 8:19-CV-02115-DOC-JDE |
| Plaintiffs, | Hon. David O. Carter |
| v. | Special Master David M. Keyzer |
| AXONICS MODULATION TECHNOLOGIES, INC. | **SPECIAL MASTER ORDER** |
| Defendant. | **No. SM-28** |

Pursuant to authority provided by the April 26, 2022 Amended Order Appointing Special Master (*see* Dkt. 100) and e-mail correspondence between the Special Master and counsel for both sides on at least May 13 and 16, 2024, and further pursuant to the procedure set forth in Special Master Order No. SM-5 (Dkt. 135-1), the Special Master

1  hereby **SETS a discovery hearing for May 30, 2024, at 12:00 P.M. Pacific Time**, by

2  videoconference, regarding whether and to what extent, in response to Axonics's listing

3  of requests to the Special Master by e-mail on May 13, 2024, the Special Master should

4  exercise the discretion provided by the Court's April 22, 2024 Order Granting Plaintiff's

5  Motion to Lift Stay (Dkt. 334), which provided:

> If one or more parties believe that any change of circumstances during the stay necessitates some limited additional fact discovery or limited additional expert discovery, any such request should be directed to the Special Master, and the Court hereby AUTHORIZES the Special Master to order limited additional discovery if the Special Master finds it appropriate.

9  (Dkt. 334 at 6.)

10  Counsel presenting oral arguments shall appear by video. Other counsel and other

11  attendees (such as client representatives) that do not present oral arguments may attend

12  either with or without video. Attendees shall mute their microphones when they are not

13  presenting oral arguments or are not otherwise actively participating at a particular time.

14  The parties shall confer and select a Reporter, and the cost of reporting and of

15  ordering transcripts shall be apportioned equally between Plaintiff(s) (one half) and

16  Defendant(s) (one half). The parties shall provide the Reporter's contact information to

17  the Special Master **at least 24 hours prior to the start of the hearing**.

18  The parties shall provide the Special Master and the Reporter with a list of

19  expected participants **at least 24 hours prior to the start of the hearing**. This list shall

20

1  be submitted by e-mail and shall indicate each name together with e-mail address and

2  status as counsel, client representative, or other relevant affiliation.

3       Each party shall provide all other parties, the Court Reporter, and the Special

4  Master with an electronic copy of any demonstrative presentation slides that the party

5  intends to use during the hearing **at least 24 hours prior to the start of the hearing**.

6  Such demonstrative presentative slides that are not designated as confidential shall also

7  be filed in PDF form on the Court's docket as an attachment to a Notice (slides

8  designated as confidential shall be provided only by e-mail to all other parties, the Court

9  Reporter, and the Special Master).  **The parties should not attempt any video screen**

10  **sharing** or other presentation of demonstratives during the hearing but rather should refer

11  to the electronic copies that have been distributed by the parties prior to the hearing.

12       Pursuant to Local Rule 83-6, audio or video recording of the hearing (other than by

13  the Reporter for the purpose of generating a transcript) is hereby prohibited.

14       Use of a headset, earbuds, or a combination of a microphone and headphones

15  (rather than using any external speakers) is strongly encouraged so as to minimize

16  feedback, room echoes, and other audio interruptions that might otherwise be a

17  significant impediment to the Special Master in conducting the hearing, to opposing

18  counsel in responding to arguments, and to the Reporter in producing a clear record.

19       Zoom information for this hearing is as follows:

20

Zoom Webinar ID:  874 2726 9058

Password:  81902115

Pursuant to the discretion afforded the Special Master by the discovery dispute resolution procedure set forth in Special Master Order No. SM-5 (Dkt. 135-1 at p. 3), and in light of Axonics requesting both additional fact discovery and additional expert discovery, both of which involve multiple issues, and further in light of the upcoming Memorial Day holiday on May 27, 2024, the Special Master hereby MODIFIES the default schedule as follows:

| Event | Date |
| --- | --- |
| Axonics's Opening Letter Brief (not to exceed **five** single-spaced pages, and with no attachments or exhibits) | No later than May 20, 2024, at 11:00 A.M. Pacific Time |
| Medtronic's Responsive Letter Brief (not to exceed **five** single-spaced pages, and with no attachments or exhibits) | No later than May 23, 2024, at 3:00 P.M. Pacific Time |
| Special Master Discovery Hearing | May 30, 2024, at 12:00 P.M. Pacific Time |

IT IS SO ORDERED.

Dated: May 16, 2024     By: _____
                             David M. Keyzer
                             Special Master