1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

11

MEDTRONIC, INC.; MEDTRONIC
PUERTO RICO OPERATIONS CO.;
12  MEDTRONIC LOGISTICS, LLC;
MEDTRONIC USA, INC.,
13

14          Plaintiff,

15          v.

16
AXONICS MODULATION
17  TECHNOLOGIES, INC.,

18          Defendant.

19

Case No. 8:19-cv-02115-DOC-JDE

**ORDER ADOPTING SCHEDULE**

**[363]**

20
21
22
23
24
25
26
27
28

ORDER                                    Case No. 8:19-cv-02115-DOC-JDE

Pursuant to this Court's Orders on September 7, 2023 (Dkt. 319) and February 7, 2024 (Dkt. 329), the parties stipulated to and jointly proposed the following case schedule, which the Court hereby **ADOPTS**:

| EVENT | DATE |
|---|---|
| Meet and confer regarding motions for summary judgment and *Daubert* motions | Friday, May 17, 2024 |
| File motions for summary judgment and *Daubert* motions | Friday, May 24, 2024 |
| File opposition briefs to motions for summary judgment and *Daubert* motions | Monday, June 3, 2024 |
| Medtronic exchanges draft Proposed Final Pretrial Conference Order | Wednesday, June 5, 2024 |
| Exchange of material required by L.R. 16-2: (a) proposed stipulated facts on which the party bears the burden, (b) exhibit lists and unmarked exhibits, (c) witnesses, (d) deposition, designations, (e) contentions of fact and law / Deadline to confer with opposing counsel before Final Pretrial Conference pursuant to L.R. 16-2 | Wednesday, June 5, 2024 |
| File reply briefs for motions for summary judgment and *Daubert* motions | Monday, June 10, 2024 |
| Meet and confer regarding motions in limine | Monday, June 10, 2024 |
| Exchange of objections, counter-designations, and other responses to L.R. 16-2 exchange | Friday, June 14, 2024 |
| Axonics exchanges responsive portions in Final Pretrial Conference Order | Monday, June 17, 2024 |
| Exchange of objections to counter-designations | Tuesday, June 18, 2024 |
| Parties meet and confer on objections to L.R. 16-2 exchange, including regarding narrowing of claims and prior art contentions | Tuesday, June 18, 2024 |
| File joint exhibit list, witness lists, and memoranda of contentions of fact and law, which will also serve as the Trial Briefs | Friday, June 21, 2024 |
| File motions in limine | Friday, June 21, 2024 |
| Motion Cut-off Date/Hearing on motions for summary judgment and *Daubert* motions | Monday, June 24, 2024 (Set by Court Order) |
| File Proposed Final Pretrial Conference Order | Wednesday, June 26, 2024 |
| File oppositions to motions in limine | Tuesday, July 2, 2024 |

| | |
|---|---|
| Final Pretrial Conference | Monday, July 15, 2024 (Set by Court Order) |
| Parties exchange draft proposed jury materials | Tuesday, July 23, 2024 |
| Medtronic provides proposed joint jury materials, identifying all disputes | Friday, August 6, 2024 |
| Parties confer regarding proposed jury materials | Tuesday, August 13, 2024 |
| Joint Statement of Case, Voir Dire – Questions to Prospective Jurors, Proposed Jury Instructions, and Proposed Verdict Form due | Tuesday, August 27, 2024 |
| Trial | Tuesday, September 3, 2024 (Set by Court Order) |

**IT IS SO ORDERED**

Dated:   May 29, 2024

Honorable David O. Carter
United States District Judge