| | |
|---|---|
| Nimalka Wickramasekera (CA SBN: 268518)<br>NWickramasekera@winston.com<br>Joe S. Netikosol (CA SBN: 302026)<br>JNetikosol@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>Telephone:  (213) 615-1700<br>Facsimile:   (213) 615-1750<br><br>George C. Lombardi (*pro hac vice*)<br>GLombard@winston.com<br>Brian Nisbet (*pro hac vice*)<br>BNisbet@winston.com<br>J.R. McNair (*pro hac vice*)<br>JMcNair@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone:  (312) 558-5600<br>Facsimile:   (312) 558-5700<br><br>Attorneys for Plaintiffs<br>MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC. | Matthew D. Powers (Bar No. 104795)<br>matthew.powers@tensegritylawgroup.com<br>William P. Nelson (Bar No. 196091)<br>william.nelson@tensegritylawgroup.com<br>TENSEGRITY LAW GROUP, LLP<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065<br>Telephone:  (650) 802-6000<br>Facsimile:   (650) 802-6001<br><br>Azra Hadzimehmedovic (Bar No. 239088)<br>azra@tensegritylawgroup.com<br>Aaron M. Nathan (Bar No. 251316)<br>aaron.nathan@tensegritylawgroup.com<br>Samantha A. Jameson (Bar No. 296411)<br>samantha.jameson@tensegritylawgroup.com<br>TENSEGRITY LAW GROUP, LLP<br>1676 International Dr., Suite 910<br>McLean, VA 22102<br>Telephone:  (703) 940-5031<br>Facsimile:   (650) 802-6001<br><br>Attorneys for Defendant<br>AXONICS, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AXONICS MODULATION TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 8:19-cv-02115-DOC-JDE<br><br>**JOINT STIPULATION REGARDING MEDTRONIC'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO ANTICIPATION OF THE 069 PATENT BY APPLICANT ADMITTED PRIOR ART**<br><br>Judge:        Hon. David O. Carter |

|  |  |
|---|---|
| 1 | The Parties respectfully submit this Joint Stipulation to inform the Court that the parties' respective briefs on Medtronic's partial summary judgment motion, Section V, Dkt. No. 403, have illuminated that Axonics is not planning to assert at trial that the only remaining asserted claim of U.S. Patent No. 7,774,069 (the "069 Patent")—claim 7—is anticipated by applicant admitted prior art and that Medtronic's summary judgment motion of no anticipation of claim 7 by applicant admitted prior art is therefore moot. |

Accordingly, Axonics hereby stipulates that it will not assert at trial that claim 7 of the 069 Patent is anticipated by applicant admitted prior art, and Medtronic hereby withdraws Section V of its Renewed Motion for Partial Summary Judgment Against Defendant Axonics, Inc. (Dkt. No. 403).

Dated:  June 20, 2024

Respectfully submitted,

WINSTON & STRAWN LLP

By:  /s/ *Nimalka Wickramasekera*
George C. Lombardi
Nimalka Wickramasekera
Brian Nisbet
J.R. McNair

Attorneys for Plaintiffs
MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC.

TENSEGRITY LAW GROUP

By:  /s/ *Matthew D. Powers*

Matthew D. Powers (Bar No. 104795)
William P. Nelson (Bar No. 196091)
Natasha M. Saputo (Bar No. 291151)
TENSEGRITY LAW GROUP, LLP

| | |
|---|---|
| 1 | 555 Twin Dolphin Drive, Suite 650 |
| 2 | Redwood Shores, CA 94065<br>Telephone:  (650) 802-6000<br>Facsimile:   (650) 802-6001 |
| 3 | matthew.powers@tensegritylawgroup.com<br>william.nelson@tensegritylawgroup.com |
| 4 | natasha.saputo@tensegritylawgroup.com |
| 5 | Azra M. Hadzimehmedovic (Bar No. 239088) |
| 6 | Aaron M. Nathan (Bar No. 251316)<br>Samantha A. Jameson (Bar. No. 296411) |
| 7 | Stephen K. Shahida (admitted *Pro Hac Vice*)<br>Danielle C. Pfifferling (admitted *Pro Hac Vice*) |
| 8 | Nathaniel D. Cook (admitted *Pro Hac Vice)*<br>TENSEGRITY LAW GROUP, LLP |
| 9 | 1676 International Drive, Suite 910<br>McLean, VA 22102 |
| 10 | Telephone:  (703) 940-5033<br>Facsimile:   (650) 802-6001 |
| 11 | azra@tensegritylawgroup.com<br>aaron.nathan@tensegritylawgroup.com |
| 12 | samantha.jameson@tensegritylawgroup.com<br>stephen.shahida@tensegritylawgroup.com |
| 13 | danielle.pfifferling@tensegritylawgroup.com<br>nathaniel.cook@tensegritylawgroup.com |
| 14 | David M. Stein |
| 15 | Olson Stein LLP<br>240 Nice Lane #301, |
| 16 | Newport Beach, CA 92663<br>Telephone:  (949) 887-4600 |
| 17 | dstein@olsonstein.com |
| 18 | Attorneys for Defendant<br>AXONICS, INC. |