**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC.,

Plaintiffs,

vs.

AXONICS MODULATION TECHNOLOGIES, INC.,

Defendant.

**Case No. 8:22-cv-00309 DOC(JDEx)**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTIONS *IN LIMINE***

Judge David O. Carter
Courtroom: 10A
Pretrial Conf.: July 15, 2024
Time: 8:30 a.m.

The Court having considered Plaintiffs' Medtronic, Inc; Medtronic Puerto Rico Operations Co.; Medtronic Logistics, LLC; and Medtronic USA, Inc. (collectively, "Medtronic") Motions *in Limine*,

HEREBY ORDERS THAT Medtronic's Motions are GRANTED:

- Motion *in Limine* No. 1 as follows: Defendant Axonics Modulation Technologies, Inc. ("Axonics") shall not introduce any evidence, argument, testimony, or references relating to Axonics' antitrust complaint;
- Motion *in Limine* No. 2 as follows: Axonics shall not introduce any evidence, argument, testimony, or references that Medtronic is a "monopolist" or that it intentionally delayed incorporating its rechargeable technology into its SNM product;
- Motion *in Limine* No. 3 as follows: Axonics shall not introduce any evidence, argument, testimony, or references that Axonics' product is clinically superior to Medtronic's products;
- Motion *in Limine* No. 4 as follows: Axonics shall not introduce any evidence, argument, testimony, or references related to Medtronic's motivation to file suit, or the consequence of a finding in Medtronic's favor;
- Motion *in Limine* No. 5 as follows: Axonics shall not introduce any evidence, argument, testimony, or references that Axonics does not infringe, or did not willfully infringe, because it has issued patents or licensed patents;
- Motion *in Limine* No. 6 as follows: Axonics shall not introduce any evidence, argument, testimony, or references relating to the disclaimed opinion of counsel defense;
- Motion *in Limine* No. 7 as follows: Axonics shall not introduce any evidence, argument, testimony, or references related to a Wells Fargo report on the strength of Medtronic's case;

- Motion *in Limine* No. 8 as follows: Axonics shall not introduce any evidence, argument, testimony, or references that Medtronic's InterStim devices shock patients;
- Motion *in Limine* No. 9 as follows: Axonics shall not introduce any evidence, argument, testimony, or references that Medtronic copied Axonics' technology;
- Motion *in Limine* No. 10 as follows: Axonics shall not introduce any evidence, argument, testimony, or references related to the financial condition of either party;
- Motion *in Limine* No. 11 as follows: Axonics shall not introduce any evidence, argument, testimony, or references relating to equitable and legal defenses decided by the Court;
- Motion *in Limine* No. 12 as follows: Axonics shall not introduce any evidence, argument, testimony, or references based on inflammatory statements in Medtronic documents about Axonics;
- Motion *in Limine* No. 13 as follows: Axonics shall not introduce any evidence, argument, testimony, or references based on documents produced after discovery;
- Motion *in Limine* No. 14 as follows: Axonics shall not introduce any evidence, argument, testimony, or references that non-public or draft documents reflect the Precision, BION, or EON Systems;
- Motion *in Limine* No. 15 as follows: Axonics shall not introduce any evidence, argument, testimony, or references that Axonics does not infringe because the accused products differ from the patent specification or Medtronic's embodying products; and
- Motion *in Limine* No. 16: Axonics shall not introduce evidence, argument, testimony or references regarding the unasserted claims of the '314 patent, including making any claim of invalidity based on the unasserted claims of the '314 patent;

IT IS SO ORDERED.

Dated: ______________________ ______________________________

Hon. David O. Carter
United States District Judge

4

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTIONS *IN LIMINE*
CASE NO.: 8:22-CV-309-DOC-JDE