# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Martha Calvo | 2a. Contact Phone Number: 312-558-3798 | 3a. Contact E-mail Address: mcalvo@winston.com |
| 1b. Attorney Name (if different): Nimalka Wickramasekera | 2b. Attorney Phone Number: 213-615-1700 | 3b. Attorney E-mail Address: NWickramasekera@winston.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071

**5. Name & Role of Party Represented:** MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC., Plaintiff

**6. Case Name:** Medtronic, Inc. et al. v. Axonics Modulation Technologies, Inc.

**7a. District Court Case Number:** 8:19-cv-02115-DOC-JDE
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: CourtSmart (Digitally Recorded)

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☒ Non-Appeal    ☐ Criminal  ☒ Civil    ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| Hearing Date | Minute Order Docket# | Judge | Proceeding Type / Portion | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/25/2024 | | D.O. Carter | Hearing | ● | ● | ○ | ● | ○ | ○ | ● | 3-Day |
| 06/26/2024 | | D.O. Carter | Hearing | ● | ● | ○ | ● | ○ | ○ | ● | 3-Day |
| 6/27/2024 | | D.O. Carter | Hearrnig | ● | ● | ○ | ● | ○ | ○ | ● | 3-Day |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: June 28, 2024    Signature: *Martha Calvo*

G-120 (06/18)