Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:  (650) 802-6000
Facsimile:   (650) 802-6001

David M. Stein (Bar No. 198256)
dstein@olsonstein.com
OLSON STEIN LLP
240 Nice Lane # 301
Newport Beach, CA  92663
Telephone:  (949) 887-4600

*Attorneys for Defendant* AXONICS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> AXONICS MODULATION TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 8:19-cv-02115-DOC-JDE <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT AXONICS, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO BRING EQUIPMENT INTO THE COURTROOM FOR USE DURING PRETRIAL CONFERENCE** <br><br> Date:   July 15, 2024 <br> Time:   8:30 a.m. <br> Ctrm:   10A <br> Judge:  Hon. David O. Carter |

Having considered Defendant Axonics, Inc.'s Motion for Leave to bring equipment into the courtroom for use during the Pretrial Conference, and the good cause appearing, the Court GRANTS the motion.  The following equipment may be brought to the Court and operated by Axonics, Inc. and its designated persons starting July 15, 2024, through the pendency of the Pretrial Conference:

- A monitor
- Laptops
- Cables
- Chargers
- Computer Switching Equipment

**IT IS SO ORDERED**

Dated: _____     _____
                                       Honorable David O. Carter
                                       United States District Court Judge