**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: SA CV 19-02115-DOC-JDEx                                                Date: July 15, 2024

Title:   Medtronic, Inc. et al v. Axonics Modulation Technologies, Inc.

---

PRESENT:  THE HONORABLE DAVID O. CARTER, U. S. DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
|---|---|
| Nimalka R. Wickramasekera | Matthew Powers |
| Brian J. Nisbet | Aaron Nathan, |
| George Lombardi | Azra Hadzimehmedovic |
| Peggy Dayton | William Nelson |
|  | David M. Stein |

PROCEEDINGS:   **FINAL PRETRIAL CONFERENCE**

**MOTION IN LIMINE TO EXCLUDE (OMNIBUS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE (#1 THROUGH #16) [449]**

**MOTION IN LIMINE (#1-#14) [456]**

Also present, Special Master David Keyzer.

The case is called. Court hears arguments.

The Court takes all motions under submission. The Court's written order to be issued.

1:50 / :12
Initials of Deputy Clerk: kdu