Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Facsimile: (650) 802-6001

Aaron M. Nathan (Bar No. 251316)
TENSEGRITY LAW GROUP, LLP
1676 International Drive, Suite 910
McLean, VA 22102
Telephone: (703) 940-5032
Facsimile: (650) 802-6001
aaron.nathan@tensegritylawgroup.com

David M. Stein
OLSON STEIN LLP
240 Nice Lane #301,
Newport Beach, CA 92663
Telephone: (949) 887-4600
dstein@olsonstein.com

*Attorneys for Defendant* AXONICS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AXONICS MODULATION TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 8:19-cv-02115-DOC-JDE <br><br> **AXONICS' NOTICE OF CHANGE OF APPEARANCE IN LEAD TRIAL COUNSEL** <br><br> Judge: Hon. David O. Carter |

AXONICS' NOTICE OF CHANGE OF
APPEARANCE IN LEAD TRIAL
COUNSEL

Case No. 8:19-cv-02115-DOC-JDE

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Axonics, Inc. ("Axonics" or "Defendant"), by and through its attorneys of record, hereby makes the following change in regard to its Lead Trial Counsel of record. Effective immediately, the Lead Trial Counsel for Defendant will be Matthew D. Powers and Aaron M. Nathan, and it is further requested that the Court continue to forward all further notices, pleadings, discovery, and writings to the attention of all counsel of record for Axonics.

Dated: July 24, 2024

Respectfully submitted,

*/s/  Matthew D. Powers*

Matthew D. Powers (Bar No. 104795)
William P. Nelson (Bar No. 196091)
Natasha M. Saputo (Bar No. 291151)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:  (650) 802-6000
Facsimile:  (650) 802-6001
matthew.powers@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
natasha.saputo@tensegritylawgroup.com

Azra M. Hadzimehmedovic (Bar No. 239088)
Aaron M. Nathan (Bar No. 251316)
Samantha A. Jameson (Bar. No. 296411)
Danielle Pfifferling (admitted *Pro Hac Vice*)
Nathaniel Cook (admitted *Pro Hac Vice*)
TENSEGRITY LAW GROUP, LLP
1676 International Drive, Suite 910
McLean, VA 22102
Telephone:  (703) 940-5033
Facsimile:  (650) 802-6001

azra@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
samantha.jameson@tensegritylawgroup.com
danielle.pfifferling@tensegritylawgroup.com
nathaniel.cook@tensegritylawgroup.com

David M. Stein
Olson Stein LLP
240 Nice Lane #301,
Newport Beach, CA 92663
Telephone:   (949) 887-4600
dstein@olsonstein.com

*Attorneys for Defendant Axonics, Inc.*