Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:  (650) 802-6000
Facsimile:   (650) 802-6001

David M. Stein (Bar No. 198256)
dstein@olsonstein.com
OLSON STEIN LLP
240 Nice Lane # 301
Newport Beach, CA  92663
Telephone:  (949) 887-4600

*Attorneys for Defendant* AXONICS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AXONICS, INC., <br><br> Defendant. | Case No. 8:19-cv-02115-DOC-JDE <br> Judge:  Hon. David O. Carter <br><br> **DEFENDANT AXONICS, INC.'S FIRST AMENDED NOTICE OF PRIOR ART PURSUANT TO 35 U.S.C. § 282** |

Pursuant to 35 U.S.C. § 282(c), Defendant Axonics, Inc. ("Axonics," formerly known as Axonics Modulation Technologies, Inc.) submits the following first amended notice of prior art and persons having knowledge of prior art to Plaintiffs Medtronic, Inc.; Medtronic Puerto Rico Operations Co.; Medtronic Logistics, LLC; Medtronic USA, Inc. (collectively, "Medtronic"). The prior art to be relied upon to show anticipation or obviousness of U.S. Patent Nos. 8,036,756 ("756 Patent"), 8,626,314 ("314 Patent"), and 9,463,324 ("324 Patent") (collectively, the "Asserted Patents"), the state of the art, and improper inventorship. The prior art listed has been previously disclosed to Medtronic in Axonics' invalidity contentions, expert reports, other discovery materials, Axonics' Memorandum of Contentions of Fact and Law (Dkt. 471), and Axonics' prior § 282 Notice (Dkt. 313). These prior disclosures satisfy Axonics' requirement under § 282. Axonics also alleges other bases of invalidity, including under 35 U.S.C. § 112, including lack of written description.

To the extent not otherwise cited below, Axonics incorporates herein by reference any patents and publications cited on the face, in the specification, or in the prosecution history of the Asserted Patents. Axonics also incorporates by reference any patents, publications, or other prior art identified in: (1) Axonics, Inc.'s Responses and Objections to Plaintiffs' Interrogatory No. 7, including all amendments and supplements thereto (including responses served on March 19, 2020; February 24, 2022; May 9, 2022; October 10, 2022; October 17, 2022); (2) the Expert Report of Pedro Irazoqui, Ph.D. with attachments thereto served on November 7, 2022; (3) the Expert Report of Pedro Irazoqui, Ph.D. with attachments thereto served on December 18, 2022; (3) the Errata to the Expert Reports of Pedro Irazoqui, Ph.D. served January 17, 2023; (4) the Expert Report of Benjamin Pless with attachments thereto served November 7, 2022; and (5) Axonics' Memorandum of Contentions of Fact and Law (Dkt. 471).

## I. IDENTIFICATION OF PRIOR ART

Axonics identifies the following prior art patents, prior art publications, and prior art systems:

A. **Prior art patents or patent application publications**

| No. | Name | Number | Country | Date of Issue/Publication |
|---|---|---|---|---|
| 1 | Taylor | Patent No. 6,685,638 | U.S. | Feb. 3, 2004 |
| 2 | Barreras | Patent No. 5,733,313 | U.S. | Mar. 31, 1998 |
| 3 | Torgerson | PCT Patent Publication No. WO 01/83029 A1 | WIPO | Nov. 8, 2001 |
| 4 | Wang | Patent No. 5,702,431 | U.S. | Dec. 30, 1997 |
| 5 | Meadows | Patent No. 6,516,227 | U.S. | Feb. 4, 2003 |
| 6 | Carbunaru | Patent Application Publication No. 2004/0098068 | U.S. | May 20, 2004 |
| 7 | Miller | Patent No. 6,542,846 | U.S. | Apr. 1, 2003 |
| 8 | Mann 097 | Patent No. 4,082,097 | U.S. | Apr. 4, 1978 |
| 9 | Mamo | Patent No. 6,971,393 | U.S. | Dec. 6, 2005 |
| 10 | Ollivier | Patent No. 5,902,330 | U.S. | May 11, 1999 |
| 11 | Schroeppel | Patent No. 5,957,966 | U.S. | Sep. 28, 1999 |
| 12 | Peszynski | U.S. Patent Application Publication No. 2004/0267137 | U.S. | Dec. 30, 2004 |
| 13 | Mann 006 | Patent No. 5,948,006 | U.S. | Sep. 7, 1999 |
| 14 | Sluetz | Patent No. 4,662,382 | U.S. | May 5, 1987 |
| 15 | Fain | Patent No. 5,176,135 | U.S. | Jan. 5, 1993 |
| 16 | Fain | Patent No. 5,476,500 | U.S. | Dec. 19, 1995 |
| 17 | Mar | Patent No. 5,439,485 | U.S. | Aug. 8, 1995 |
| 18 | Bush | Patent No. 5,683,447 | U.S. | Nov. 4, 1997 |
| 19 | Fain | Patent No. 5,693,081 | U.S. | Dec. 2, 1997 |
| 20 | Borkan | Patent No. 4,379,462 | U.S. | Apr. 12, 1983 |
| 21 | Kroll | Patent No. 5,257,634 | U.S. | Nov. 2, 1993 |
| 22 | Corbin | Patent No. 4,044,774 | U.S. | Aug. 30, 1977 |
| 23 | Greatbatch | Patent No. 3,057,356 | U.S. | Oct. 9, 1962 |
| 24 | Gerber | Patent No. 6,055,456 | U.S. | Apr. 25, 2000 |
| 25 | Chardack | Patent No. 3,348,548 | U.S. | Oct. 24, 1967 |
| 26 | Bekovits | Patent No. 3,825,015 | U.S. | July 23, 1974 |
| 27 | Blake | Patent No. 3,995,623 | U.S. | Dec. 7, 1976 |
| 28 | Harris | Patent No. 4,721,118 | U.S. | Jan. 26, 1988 |
| 29 | Sluetz | Patent No. 4,722,353 | U.S. | Feb. 2, 1988 |
| 30 | Smyth | Patent No. 3,939,843 | U.S. | Feb. 24, 1976 |
| 31 | Moumane | Patent No. 5,957,965 | U.S. | Sept. 28, 1999 |
| 32 | Citron | Patent No. 3,902,501 | U.S. | Sept. 2, 1975 |

| No. | Name | Number | Country | Date of Issue/Publication |
|---|---|---|---|---|
| 33 | Lindegren | Patent Publication No. WO1998020933 | U.S. | 1998 |
| 34 | Lessar | Patent No. 4,860,446 | U.S. | Aug. 29, 1989 |
| 35 | Hauser | Patent No. 5,052,407 | U.S. | Oct. 1, 1991 |
| 36 | Hess | Patent No. 4,285,347 | U.S. | Aug. 25, 1981 |
| 37 | Akerstrom | Patent No. 4,407,303 | U.S. | Oct. 4, 1983 |
| 38 | Pohndorf | Patent No. 4,512,351 | U.S. | Apr. 23, 1985 |
| 39 | Otten | Patent No. 5,255,691 | U.S. | Oct. 26, 1993 |
| 40 | Schroeppel | Patent No. 5,871,532 | U.S. | Feb. 16, 1999 |
| 41 | Bonner | Patent No. 5,902,331 | U.S. | May 11, 1999 |
| 42 | Fischell | Patent No. 4,141,365 | U.S. | Feb. 27, 1979 |
| 43 | Otten | Patent No. 5,344,439 | U.S. | Setp. 6, 1994 |
| 44 | Alo | Patent No. 6,104,957 | U.S. | Aug. 15, 2000 |
| 45 | Tanagho | Patent No. 4,607,639 | U.S. | Aug. 26, 1986 |
| 46 | Borkan | Patent No. 6,510,347 | U.S. | Jan. 21, 2003 |
| 47 | Erlebacher | Patent No. 4,957,118 | U.S. | Sep. 18, 1990 |
| 48 | Schulman | Patent No. 3,942,535 | U.S. | Mar. 9, 1976 |
| 49 | Baumann | Patent No. 6,227,204 | U.S. | May 8, 2001 |
| 50 | Olson | Patent No. 9,108,063 | U.S. | Oct. 11, 2016 |
| 51 | Phillips | Patent No. 7,515,967 | U.S. | Apr. 7, 2009 |
| 52 | Schmeling | Patent No. 7,225,032 | U.S. | May 29, 2007 |
| 53 | Mann | Patent No. 6,275,737 | U.S. | Aug. 14, 2001 |
| 54 | Wang | Patent No. 5,991,665 | U.S. | Nov. 23, 1999 |
| 55 | Wahlstrand | Patent No. 7,650,192 | U.S. | Jan. 19, 2010 |
| 56 | Olson | Patent No. 8,725,262 | U.S. | May 13, 2014 |
| 57 | Forsberg | Patent No. 8,005,547 | U.S. | Aug. 23, 2011 |
| 58 | Carbunaru | Patent Application Publication No. US2010/0010582 | U.S. | Jan. 14, 2010 |
| 59 | Olson | Patent No. 8,024,047 | U.S. | Sep. 20, 2011 |
| 60 | LaForge | Patent No. 4,665,896 | U.S. | May 19, 1987 |
| 61 | Zarinetchi | Patent No. 8,862,232 | U.S. | Oct. 14, 2014 |
| 62 | Irazoqui | Patent No. 7,346,312 | U.S. | Mar. 18, 2008 |
| 63 | Swoyer | Patent No. 8,000,805 | U.S. | Aug. 16, 2011 |
| 64 | Forsberg et al. | Provisional Patent Application No. 60/508204 | U.S. | Oct. 2, 2003 |

| No. | Name | Number | Country | Date of Issue/Publication |
|---|---|---|---|---|
| 65 | Olson et al. | Patent Application No. 13/210,569 | U.S. | May 13, 2014 |

**B.     Prior art non-patent publications**

| No. | Title | Journal/Publication | Date | Author(s) |
|---|---|---|---|---|
| 1 | Rechargeable Battery-Powered bion® Microstimulators for Neuromodulation | Proceedings of the 26th Annual International Conference of the IEEE EMBS, San Francisco, CA | September, 2004 | Carbunaru, R. et al. |
| 2 | UL 544 | UL Standard for Safety for Medical and Dental Equipment-Ed. 4.0 | December 1998 | Underwriters Laboratories Inc. |
| 3 | UL 60601-1 | Medical Electrical Equipment, Part 1: General Requirements for Safety | April 2003 | Underwriters Laboratories Inc. |
| 4 | Tissue Temperature Measurement and Heat Transfer Mechanisms for Inductively Powered Implantable Microsystems | Proceedings of the Second Joint EMBS/BMES Conference | October 2002 | Choi |
| 5 | A Fixed-Rate Rechargeable Cardiac Pacemaker | APL Technical Digest | 1970 | P.W. Barnhart, et al. |
| 6 | Changing Standards for Medical Equipment: UL544 and UL 187 vs. UL 2601 | Biomedical Safety & Standards Vol. 32, No. 9 | 2002 | Gregory Smith |

| No. | Title | Journal/ Publication | Date | Author(s) |
|---|---|---|---|---|
| 7 | Implantable Neural Prostheses 1 | Biological And Medical Physics, Biomedical Engineering | 2009 | David Zhou, et al. |
| 8 | Simulations of Temperature Rise on Transcutaneous Energy Transmission by Non-contact Energy Transmitting Coils | 29 IEEE Transactions on Magnetics 3334 | Nov. 1993 | Matsuki et al. |
| 9 | Target Lead – Low Threshold Electrode | PACE, Vol. 9 | November-December 1986 | Djordjevic et al. |
| 10 | New Percutaneous Technique of Sacral Nerve Stimulation Has High Initial Success Rate: Preliminary Results | European Urology 43, pp. 70-74 | 2003 | Spinelli et al. |
| 11 | Evolution of a minimally-invasive procedure for sacral neuromodulation | New Perspectives in Sacral Nerve Stimulation, Chapter 18, pp. 217-222 | 2002 | M. Spinelli, G.A. Mamo, A. Arduini, M. Gerber and G. Giardiello (Jonas and Grunewald, eds.) |
| 12 | Modern atrial and ventricular leads for permanent cardiac pacing | Br Heart J. 1981;46(2):196-201 | 1981 | Perrins EJ, Sutton R, Kalebic B, Richards LR, Morley C, Terpstra B |
| 13 | Lower Chronic Stimulation Threshold in the Carbon-Tip than in the Platinum-Tip Endocardial Electrode: A Randomized Study | PACE, Vol. 12 | November 1989 | Thuesen et al. |
| 14 | Sacral Neuromodulation With Fascial Fixation | Unpublished Manuscript | | George J. Mamo |

| No. | Title | Journal/Publication | Date | Author(s) |
|---|---|---|---|---|
| | Using A Staged Implantation Technique | | | |
| 15 | Modified techniques of S3 foramen localization and lead implantation in S3 neuromodulation | Urology, 58: 786-90 | 2001 | Chai, Toby C., Mamo, George J. |
| 16 | Minimally Invasive Sacral Neuromodulation Implant Technique: Modifications to the Conventional Procedure | Dis Colon Rectum | March 2002 | Ratto, et al. |
| 17 | Active Implantable Medical Devices (AIMD) Directive 90/385/EEC | | 1990 | Council of the European Communities |
| 18 | https://www.bsigroup.com/en-US/medical-devices/Technologies/Active-Implantable-Medical-Devices/ | website | Copyright 2023 | BSI |
| 19 | An introduction to operative neuromodulation and functional neuroprosthetics, the new frontiers of clinical neuroscience and biotechnology. | Acta Neurochir Suppl. 2007;97 (Pt 1):3-10. | 2007 | DE Sakas et al. |
| 20 | Neuromodulation and neurostimulation: overview and future potential | Trans Androl Urol 2012; 1(1): 44-49. | 2012 | Emil A. Tanagho (including described work of Giannuzzi in 1863, Budge in 1864, and work in the early 1900s, 1950s, and 1958) |
| 21 | Research related to the development of an artificial electrical stimulator for the | J Urol 1964; 91:41-51. | 1964 | Boyce WH, Lathem JE, Hunt LD |

| No. | Title | Journal/ Publication | Date | Author(s) |
|---|---|---|---|---|
|  | paralyzed human bladder: A review. |  |  |  |
| 22 | Further experience with the radio transmitter receiver unit for the neurogenic bladder. | J Neurosurg 1963; 20:953-60. | 1963 | Bradley WE, Chou SN, French LA |
| 23 | Electromicturition in paraplegia. Implantation of a spinal neuroprosthesis. | Arch Surg 1972; 104:195-202 | 1972 | Nashold BS Jr, Friedman H, Glenn JF, et al. |
| 24 | Studies on the feasibility of urinary bladder evacuation by direct spinal cord stimulation. I. Parameters of most effective stimulation. | Invest Urol 1975; 13:142-50 | 1975 | Jonas U, Heine JP, Tanagho EA. |
| 25 | Breakthrough Products Could Put Lesser Known Firms on the Map | MDDI Qqmed, at 2/11 | April 1, 2004 | Swain, Erik |
| 26 | Control of Urinary Bladder function with devices: successes and failures. | Progress in brain research. Vol. 152, p. 163-94; | 2006 | Gaunt |
| 27 | https://adtechmedical.com | Website | Copyright 1985-2023 | AD-TECH |
| 28 | Atrial Pacing Leads Following Open Heart Surgery: Active or Passive Fixation? | PACE, Vol. 20 (1997), p. 2429-2433 | 1997 | Connelly et al. |
| 29 | A Combined Atrial/Ventricular Lead for Permanent Dual-Chamber Cardiac Pacing Applications. | CHEST/ 83:6, 929-931 | June 1983 | Benditt et al. |
| 30 | Implantation of an endocardial tined lead to prevent early dislodgement. | J Thorac Cardiovasc Surg. 77(2):249-51. | Feb 1979 | MW Painter et al. |

| No. | Title | Journal/Publication | Date | Author(s) |
|---|---|---|---|---|
| 31 | Percutaneously Implantable Chronic Electrode for Radiofrequency Stimulation of the Gasserian Ganglion. A Perspective in the Management of Trigeminal Pain. | Acta Neurochirurgica, Suppl. 33, 521-525 | 1984 | Meglio |
| 32 | Electrical Stimulation of the Gasserian Ganglian for Facial Pain: Preliminary Results | Acta Neurochirurgica, Suppl. 39, 144-146 | 1987 | G. Broggi |
| 33 | New Percutaneous Technique of Sacral Nerve Stimulation Has High Initial Success | European Urology 43 (2003) 70-74. | 2003 | Spinelli et al. |
| 34 | Simple Inductance Formulas for Radio Coils | Proceedings of the Institute of Radio Engineers (Volume: 16, Issue: 10, October 1928) | 1928 | Wheeler |
| 35 | Inductance Calculation Techniques --- Part I: Classical Methods Power Control and Intelligent Motion | vol. 25, no. 12, December 1999, available at www.thompsonrd.com/induct1.pdf | December 1999 | Marc T. Thompson |
| 36 | Inductance Calculation Techniques --- Part II: Approximations and Handbook Methods Power Control and Intelligent Motion, | December 1999, website http://www.pcim.com, available at www.thompsonrd.com/induct2.pdf | December 1999 | Marc T. Thompson |

| No. | Title | Journal/ Publication | Date | Author(s) |
|---|---|---|---|---|
| 37 | A Computational Model for Real-Time Calculation of Electric Field due to Transcranial Magnetic Stimulation in Clinics | International Journal of Antennas and Propagation, vol. 2015, Article ID 976854 | December 2015 | Alessandra Paffi et. al. |
| 38 | Analysis of Tissue and Arterial Blood Temperatures in the Resting Human Forearm | Journal of Applied Physiology, Vol. I, No. 2 | August 1948 | Harry H. Pennes |
| 39 | Impact of Nonlinear Heat Transfer on Temperature Control in Regional Hyperthermia | IEEE Transactions on BioMedical Engineering, Vol. 46, No. 9, pp. 1129-1138, | September 1999 | Lang, Erdmann, & Seebass |
| 40 | A New Rechargeable Epicardial Cardiac Pacemaker | The Journal of Thoracic and Cardiovascular Surgery, Volume 50, Issue 6, Pages 857-867 | 1965 | Raymond Bonnabeau, et al. |
| 41 | High Power Electromagnetic Energy Transfer for Totally Implanted Devices | IEEE Transactions on Magnetics, Vol. Mag-6, No. 2, pp. 326-332 | June 1970 | Alfred Thumim et al. |
| 42 | Pennes' 1948 paper revisited | Journal of Applied Physiology, Vol. 85, Issue 1, pp. 35-41 | July 1, 1998 | Eugene H. Wissler |
| 43 | BION™ system for distributed neural prosthetic interfaces | Medical Engineering & Physics, Volume 23, | 2001 | Gerry Loeb, et al. |

| No. | Title | Journal/Publication | Date | Author(s) |
|---|---|---|---|---|
| | | Issue 1, Pages 9-18 | | |
| 44 | Injectable microstimulator for functional electrical stimulation | Med. Biol. Eng. Comput. 29, NS13–NS19 | 1991 | Gerry Loeb, et al. |
| 45 | Energy management, wireless and system solutions for highly integrated implantable devices | Universitat Autonoma de Barcelona, Dept. d'Enginyeria Electronica | December 2001 | Jordi Parramon |
| 46 | Human tissue temperatures achieved during recharging of new-generation neuromodulation devices | International Journal of Heat and Mass Transfer, Volume 53, Issues 15–16, Pages 3292-3299, | 2010 | D. K. Smith, R. D. Lovik, E. M. Sparrow, and J. P. Abraham |
| 47 | Surrogate Human Tissue Temperatures Resulting From Misalignment of Antenna and Implant During Recharging of a Neuromodulation Device | Neuromodulation. 2011 Nov-Dec;14(6):501-9; discussion 510-1 | 2011 | Lovik and Abraham |
| 48 | Psychophysiological Methods in Language Research | book | November 2020 | Bahiyyih Hardacre |
| 49 | The Temperature of the Skin Surface | JAMA 106 (1936): 1158-1162. | 1936 | William Bierman |
| 50 | Underwriters Labs letter | https://ifs.ul.com/ifr/IFR.nsf/b9b23a4c32b441e54825798a0028c717/4842ecb0298de3318625 | July 11, 2008 | Underwriters Labs |

| No. | Title | Journal/ Publication | Date | Author(s) |
|---|---|---|---|---|
| | | 6f180048c4b9? OpenDocument | | |
| 51 | The Development of Implantable Medical Devices at the Applied Physics Laboratory | Johns Hopkins APL Technical Digest, Vol. 13, Number 1 | 1992 | Fischell |
| 52 | Re: A Simplified Method of Implanting a Neuromodulator Device | The Journal of Urology, 170(4 Part 1), p. 1328 | 2003 | Toby C. Chai |
| 53 | Sacral Percutaneous Implant and other considerations about sacral neuromodulation | | Mar. 2003 | Edited by Michele Spinelli |

**C.  Prior art systems offered for sale or publicly used or known:**

| No. | Item |
|---|---|
| 1 | Advanced Bionics/Boston Scientific Bion Microstimulator for Neuromodulation, including as described in, for example,<br>- Carbunaru, et al., "Rechargeable Battery-Powered bion® Microstimulators for Neuromodulation", Proceedings of the 26th Annual International Conference of the IEEE EMBS, San Francisco, CA, USA, September 1-5, 2004, pp. 4193-4196 (AX0052342-AX0052346)<br>- Swain, Erik, "Breakthrough Products Could Put Lesser Known Firms on the Map," MDDI Qqmed, at 2/11 (April 1, 2004) (AX0052347-57)<br>- Carbunaru, U.S. Patent Application Publication No. 2004/0098068, May 20, 2004, (AX0052066-AX0052086)<br>- "Implantable Neural Prostheses 1, Devices and Applications," Biological and Medical Physics, Biomedical Engineering, at 255-260, ed. by Zhou, David and Greenbaum, Elias (Springer 2009) (AX0052580-2606)<br>- A clinical trial titled "Battery Powered Bion Clinical Investigation: An Implantable Microstimulator for the Chronic Treatment of Refractory Urinary Urge Incontinence," June 2003 (AX5002407-413)<br>- A clinical trial titled "Multicenter Feasibility Study of the Bion for Occipital Nerve Stimulation for Treatment of Chronic Headaches," January 2004 (AX5002421-26)<br>- A clinical trial titled "BION Implantable Microstimulator," April 2004. |

| No. | Item |
|---|---|
|  | - "Prevention of Post-Stroke Hand/Wrist Flexion Deformity," Trial Record 1 of 1 for NCT00628537 (first posted March 5, 2008), ClinicalTrials.gov (last accessed May 9, 2022) (AX5002427-435)<br>- A clinical trial titled "BION Implantable Microstimulation System," June 2001.<br>- "Treatment of Shoulder Subluxation in Chronic Stroke Patients," Trial Record 1 of 1 for NCT00628836 (first posted March 5, 2008), ClinicalTrials.gov (last accessed May 9, 2022) (AX5002436-AX5002443)<br>- ClinicalTrials.gov, Trial record 1 of 1 for: NCT00131573, An Implantable Microstimulator for the Chronic Treatment of Urinary Urgency- Frequency Syndrome (available at https://clinicaltrials.gov/ct2/show/NCT00131573?term=NCT00131573&draw=2&rank=1) (AX5002414-AX5002420) |
| 2 | Advanced Bionics/Boston Scientific Precision Spinal Cord Stimulator System, including as described in, for example,<br>- Painbytes Staff, "The History of the Development of the Implantable Spinal Cord Stimulator" (AX0052524-558)<br>- Summary of Safety and Effectiveness," PRECISION™ Spinal Cord Stimulator (SCS) System, (AX0052169-AX0052186)<br>- Premarket Approval (PMA), PRECISION SPINAL CORD STIMULATION(SCS) SYSTEM, (AX0052187-AX0052217)<br>- Physician Implant Manual, Precision Spinal Cord Stimulation System for Implantable Pulse Generator model SC1100, Advanced Bionics, 2004 (AX0052559-579)<br>- Advanced Bionics Spinal Cord Stimulation Launch Continues with Precision, Feb. 7, 2005 (AX5002011-12); Boston Scientific Launches Precision Spectra™ Spinal Cord Stimulator System In The United States, April 12, 2013 (AX5002013-17); |
| 3 | LM35 Precision Centigrade Temperature Sensors, Texas Instrument (including as described in November 2000) |
| 4 | TC72 Digital Temperature Sensor, Microchip Technology Inc. (including as described in 2002) |
| 5 | AN679 Temperature Sensor, 1998, Microchip Technology Inc. (including as described in 1998) |
| 6 | 2000 Minimally Invasive Method and System, including as described in, for example,<br>- Chai, Toby C., Mamo, George J., "Modified techniques of S3 foramen localization and lead implantation in S3 neuromodulation" Urology, 58: 786-90 (2001) (AX0051246-AX0051250). |

| No. | Item |
|---|---|
|  | - Unpublished Manuscript, George J. Mamo, Sacral Neuromodulation With Fascial Fixation Using A Staged Implantation Technique (MAMO_00000110-MAMO_00000125)<br>- M. Spinelli, G.A. Mamo, A. Arduini, M. Gerber and G. Giardiello, "Evolution of a minimally-invasive procedure for sacral neuromodulation," New Perspectives in Sacral Nerve Stimulation, 2002, Chapter 18, pp. 217-222 (Jonas and Grunewald, eds.) (MDT-00017452-460)<br>- Mamo, Patent No. 6,971,393, U.S., May 11, 1999 (MDT-00058250-MDT-00058292) |
| 7 | Medtronic Tined Cardiac Leads, including Models 4011, 6961, 6971, and 6991, including as described in, for example,<br>- Perrins EJ, Sutton R, Kalebic B, Richards LR, Morley C, Terpstra B. "Modern atrial and ventricular leads for permanent cardiac pacing." Br Heart J. 1981; 46(2):196-201 (AX0051251-AX0051257)<br>- Crossley, George, "Cardiac Pacing Leads," Cardiology Clinics, Vol. 18, No. 1, Feb. 2000; 18: 95-112 (AX0051228-AX0051245).<br>- Djordjevic et al., "Target Lead – Low Threshold Electrode," PACE, Vol. 9, November-December 1986 (AX5001752-AX5001757). |
| 8 | Siemens-Elema tined cardiac leads, including Model 412S |
| 9 | Memberg Surgically-Implanted Intramuscular Electrode for an Implantable Neuromuscular Stimulation System |
| 10 | ThinLine II Sterox Implantable Pacing Leads, including Models 430-25S, 430-35S, and 432-35S, Intermedics/Boston Scientific |
| 11 | Original InterStim Sacral Neuromodulation Product and Model 3886 lead, Medtronic |
| 12 | Systems/Siemens/St. Jude Human Tissue Stimulator, and any subsequent products developed therefrom containing related technology ("HTS"), including as described in, for example,<br>- Fischell, "The Development of Implantable Medical Devices at the Applied Physics Laboratory," Johns Hopkins APL Technical Digest, Vol. 13, Number 1, 1992 (AX0052438-AX0052448)<br>- Human Tissue Stimulator - NASA Technical Reports Server (NTRS), published Jan. 1, 1982 (AX0052449-AX0052449) |
| 13 | Medtronic Restore Advanced ("Restore"), including as described in, for example,<br>- Premarket Approval (PMA), RESTORE RECHARGEABLE NEUROSTIMULATIONSYSTEM, (AX0052450-AX0052452) |
| 14 | Advanced Neuromodulation Systems/St. Jude Medical/Abbott GenesisRC ("Genesis"), including as described in, for example, |

| No. | Item |
|---|---|
|  | - FORM 10-K, ADVANCED NEUROMODULATION SYSTEMS, INC., For the Fiscal Year Ended December 31, 2004 (AX0052218-AX0052335)<br>- Premarket Approval (PMA), GENESIS NEUROSTIMULATION SYSTEM, (AX0052336-AX0052338) |
| 15 | LionHeart LVD-2000 ("LionHeart"), including as described in, for example,<br>- Mehta, et al., "The LionHeart LVD-2000: A completely Implanted Left Ventricular Assist Device for Chronic Circulatory Support," The Annals of Thoracic Surgery, 2001 (AX5002150-155) |
| 16 | Medtronic Interstim Sacral Nerve Stimulation System ("Interstim I") including as described in, for example,<br>- Interstim FDA Premarket Approval Memorandum P970004 S004, Medtronic, dated 10/21/1998 ("Interstim I Supplemental PMA") (AX0051005-AX0051097)<br>- Premarket Approval Memorandum P970004, FDA dated 9/29/1997 ("Interstim I PMA") (AX0051098-AX0051227) |
| 17 | Linear Technology Fast Charge Circuits for NiCad Batteries, including as described in, for example,<br>- Jim Williams, "Fast Charge Circuits for NiCad Batteries," Linear Technology, Feb. 1990 (AX0052661-AX0052664) |

In addition to the disclosures made above, Axonics also incorporates by reference the following as if set forth fully herein:

• Admitted prior art of the 324 Patent as identified in the prosecution history, specification, and figures (including that describing the work of Wang (described as U.S. Patent No. 5,690,693 [Nov. 25, 1997]); Jimenez (described as WIPO PCT Patent Publication No. WO 01/97908 A2 [Dec. 27, 2001]); Torgerson (described as PCT Patent Publication No. WO 01/83029 A1 [Nov. 8, 2001])).

Axonics will also provide evidence that the inventorship of the 324 Patent is incorrect because Claim 5 requires an "adjustable assembly," and the evidence will show that the named inventors (including David Olson and Andrew Schmeling, contacted through Medtronic's Counsel) confirmed that Mr. Forsberg contributed to that alleged invention and was originally named on the application from which the 324 Patent is a continuation, but was left off the 324 Patent application.

Finally, Axonics incorporates the following documents, which include evidence related to the above-listed prior art systems, internal documents produced by Medtronic evidencing the content of the prior art or the state of the art, and other documents that show the prior art and the state of the art:

Lead Fixation Patents (the 756 and 314 Patents): AX0051005; AX5002376; AX5002391; AX0051246-250; BSC-AX-0083811; MAMO_00000024; MAMO_00000025; MAMO_00000072; AX0092298; AX1166129; AX1178166; AX5001758; AX5002380; BSC-AX-0083445; BSC-AX-0088220; MAMO_00000024; MAMO_00000071; MAMO_00000110-125; AX0051005; AX0051098; BSC-AX-0084889; ABT/AXO000380; ABT/AXO000402; AX5001758-AX5001760; AX0051251-57; AX0051228-245; BSC-AX-0052153; BSC-AX-0083811; MDT-00017452-460; MDT-00058250-292; MDT-00002719; MDT-00003364; MDT-00003410; MDT-00003637; MDT-00016529; MDT-00021351; MDT-00058567; MDT-00070925; MDT-00125180; MDT-00128022; MDT-00136092; MDT-00137512; MDT-00151919; MDT-00687504; MDT-00058578-79; MDT-00003643-459; FDA "Summary of Safety and Effectiveness" Medtronic InterStim System for Urinary Control, 4/15/1999; https://doctorlib.info/surgery/female-pelvic-surgery/5.html; https://www.dotmed.com/listing/disposables-general/medtronic/lead-introducer-kit-x/3550-18/2751131; https://library.ahima.org/doc?oid=94033#.Y2a_FILMJ3F (last visited Nov. 7, 2022; now available at https://web.archive.org/web/20230530113653/https://library.ahima.org/doc?oid=94033#.ZHXf1y_P1qa); https://www.sigmaaldrich.com/deepweb/assets/sigmaaldrich/product/documents/374/803/syringes.pdf.

Temperature Sensor Patent (the 324 Patent): AX0043541; AX0052169; AX0052187; AX0052347; AX0052379; AX0052438; AX0052453; AX0052467; AX0052492; AX0052494; AX0052501; AX0052515; AX0052524; AX0052559; AX0052613; AX0052627; AX0263961; AX0263962; AX072983; AX5001999;

AX5002011; AX5002013; AX5002150; AX5002407; AX5002421; AX5002427; AX5002436; BSC-AX-0000001; BSC-AX-0003920; BSC-AX-0003954; BSC-AX-0004588; BSC-AX-0004728; BSC-AX-0004729; BSC-AX-0004777; BSC-AX-0004869; BSC-AX-0005476; BSC-AX-0006677; BSC-AX-0007697; BSC-AX-0013105; BSC-AX-0013165; BSC-AX-0015067; BSC-AX-0015128; BSC-AX-0015433; BSC-AX-0051322; BSC-AX-0051512; BSC-AX-0051520; BSC-AX-0051571; BSC-AX-0051844; BSC-AX-0051879; BSC-AX-0052276; BSC-AX-0061431; BSC-AX-0074561; BSC-AX-0000001; JHUAPL0000860; JHUAPL0001196; JHUAPL0001743; JHUAPL0009565; ABT/AXO000001; ABT/AXO000046; ABT/AXO000073; ABT/AXO000165; ABT/AXO000177; ABT/AXO000192; ABT/AXO000336; ABT/AXO000354; ABT/AXO000364; ABT/AXO000365; AX0052050; AX0052218; AX0052339; AX0052449; AX0052450; AX0052607; AX0052608; AX0052609; AX0052617; BSC-AX-0005933; BSC-AX-0051507; JHUAPL0007615; JHUAPL0007695; JHUAPL0008762; JHUAPL0009462; JHUAPL0009470; MDT-00003496; MDT-00006136; MDT-00007063; MDT-00008402; MDT-00015607; MDT-00057349; MDT-00061642; MDT-00062636; MDT-00063334; MDT-00073239; MDT-00073691; MDT-00074075; MDT-00074150; MDT-00076451; MDT-00074709; MDT-00129909; MDT-00131138; MDT-00131313; MDT-00131715; MDT-00131927; MDT-00369324; MDT-00369326; MDT-00665919; MDT-00665928; MDT-00675366; MDT-00675367; MDT-00676964; MDT-00676965; MDT-00680633; MDT-00680634; MDT-00680929; MDT-00680930; MDT-00680950; MDT-00680957;

https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?ID=P030017;

*United States of America ex rel. Wendy A. Bahnesen and Carolina H. Fuentes, et al. v. Boston Scientific Neuromodulation Corp.*, D.N.J. No. 11-cv-1210, Dkt. No. 19 (Amended Complaint), paragraph 19 on page 7 (D.N.J. Sept. 10, 2012).

Axonics reserves the right to supplement this statement if additional information becomes available.

| | | |
|---|---|---|
| 1 | Dated: August 2, 2024 | Respectfully submitted |
| 2 | |   */s/  Samantha A. Jameson* |
| 3 | | Matthew D. Powers (Bar No. 104795) |
| 4 | | William P. Nelson (Bar No. 196091)<br>Natasha M. Saputo (Bar No. 291151) |
| 5 | | TENSEGRITY LAW GROUP, LLP |
| 6 | | 555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065 |
| 7 | | Telephone:  (650) 802-6000 |
| 8 | | Facsimile:   (650) 802-6001<br>matthew.powers@tensegritylawgroup.com |
| 9 | | william.nelson@tensegritylawgroup.com<br>natasha.saputo@tensegritylawgroup.com |
| 10 | | |
| 11 | | Azra M. Hadzimehmedovic (Bar No. 239088) |
| 12 | | Aaron M. Nathan (Bar No. 251316)<br>Samantha A. Jameson (Bar. No. 296411) |
| 13 | | Danielle Pfifferling (admitted *Pro Hac Vice*) |
| 14 | | Nathaniel Cook (admitted *Pro Hac Vice*)<br>John C. Pierce (admitted *Pro Hac Vice*) |
| 15 | | TENSEGRITY LAW GROUP, LLP |
| 16 | | 1676 International Drive, Suite 910<br>McLean, VA 22102 |
| 17 | | Telephone:  (703) 940-5033 |
| 18 | | Facsimile:   (650) 802-6001<br>azra@tensegritylawgroup.com |
| 19 | | aaron.nathan@tensegritylawgroup.com |
| 20 | | samantha.jameson@tensegritylawgroup.com<br>danielle.pfifferling@tensegritylawgroup.com |
| 21 | | nathaniel.cook@tensegritylawgroup.com<br>john.pierce@tensegritylawgroup.com |
| 22 | | |
| 23 | | David M. Stein (Bar No. 198256) |
| 24 | | Olson Stein LLP<br>240 Nice Lane #301 |
| 25 | | Newport Beach, CA 92663 |
| 26 | | Telephone:  (949) 887-4600<br>dstein@olsonstein.com |
| 27 | | |
| 28 | | *Attorneys for Defendant Axonics, Inc.* |