1   DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
2   LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
3   El Dorado Hills, CA 95762
Telephone: (916) 243-5259
4   Facsimile: (916) 404-0436

5

6

7

8                   UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
9                        SOUTHERN DIVISION

10                                    )
MEDTRONIC, INC., MEDTRONIC        )   Case No. 8:19-CV-02115-DOC-JDE
11  PUERTO RICO OPERATIONS CO.,       )
MEDTRONIC LOGISTICS, LLC, and     )   Hon. David O. Carter
12  MEDTRONIC USA, INC.,              )
                                      )   Special Master David M. Keyzer
13          Plaintiffs,               )
                                      )
14      v.                            )   **SPECIAL MASTER ORDER**
                                      )
15  AXONICS INC.,                     )   **No. SM-31**
                                      )
16          Defendant.                )
                                      )
17                                    )
                                      )
18
        Pursuant to authority provided by the April 26, 2022 Amended Order Appointing
19
Special Master (*see* Dkt. 100), a specific referral by the Court on August 9, 2024 (Dkt.
20
523), and e-mail correspondence between the Special Master and counsel for both sides

1    on at least August 8, 9, and 12, 2024, the Special Master herein memorializes an

2    agreement reached by the parties prior to the Special Master holding any hearing on the

3    disputes referred to the Special Master by the Court regarding the asserted claims and

4    prior art references (Plaintiffs Medtronic, Inc., Medtronic Puerto Rico Operations Co.,

5    Medtronic Logistics LLC, and Medtronic USA, Inc. are referred to collectively as

6    "Medtronic"):

7        (1) Medtronic has narrowed its election of asserted claims to the following for

8    trial:

9            United States Patent No. 8,036,756: Claims 14 and 18;

10           United States Patent No. 8,626,314: Claims 18, 19, 20, and 24; and

11           United States Patent No. 9,463,324: Claims 1, 6, 7, and 8; and

12       (2) the parties agree that, no later than August 16, 2024, Defendant Axonics, Inc.

13   will narrow its prior art combinations to: (a) no more than 4 prior art combinations per

14   claim; and (b) a maximum total of no more than 12 prior art combinations as to all of the

15   claims that Medtronic has elected for trial, collectively.

16       The Special Master hereby adopts this agreement, which fully resolves the disputes

17   referred to the Special Master by the Court's August 9, 2024 Order (Dkt. 523).

18       IT IS SO ORDERED.

19
Dated: _August 14, 2024_        By: _____

20                               David M. Keyzer
                             Special Master