# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:19-cv-02115-DOC-JDE                                         Date: August 20, 2024

Title: MEDTRONIC, INC. ET AL. v. AXONICS MODULATION TECHNOLOGIES, INC.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Rolls Royce Paschal for Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER RE MEET AND CONFER SESSIONS WITH SPECIAL MASTER**

In light of the complexity of this case and the number of trial exhibits that have thus far been disclosed and objected to (such as Plaintiff Medtronic's identification of 481 exhibits for its direct examinations), the Court hereby directs the Special Master to preside over meet-and-confers regarding the previously-ordered disclosures of the parties' trial witnesses, exhibits, and exhibit objections (*see* Dkt. 510 at 18-19), in Santa Ana at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 10 A (or at another agreeable location if directed by the Special Master), starting on August 27, 2024, at 8:30 A.M., and on subsequent day(s) as the Special Master may direct. The Court also encourages further discussion between the Special Master and the parties regarding proposed jury instructions at that time.  Particularly in light of the Court's anticipated trial time limit of 13 hours per side (*see id.*), the Court expects substantial good faith reductions in the number of trial exhibits and objections thereto.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 8:19-cv-02115-DOC-JDE | Date: August 20, 2024 |
| | Page 2 |

Following these meet-and-confer sessions, the Court tentatively sets an initial hearing on trial exhibit objections and proposed jury instructions for August 30, 2024, at 8:30 A.M. in Santa Ana, subject to the Court's schedule in another currently-ongoing trial.

The Clerk shall serve this minute order on the parties.

| | |
|---|---|
| MINUTES FORM 11 | Initials of Deputy Clerk: kd |

CIVIL-GEN