**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:19-cv-02115-DOC-JDE Date: September 16, 2024

Title: MEDTRONIC, INC., ET AL. v. AXONICS, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS): ORDER RE: TRIAL TESTIMONY OF DR. PEDRO IRAZOQUI**

The Court is presently conducting a jury trial in the above-captioned case. Plaintiffs Medtronic, Inc., Medtronic Puerto Rico Operations Co., Medtronic Logistics, LLC, and Medtronic USA, Inc. (collectively, "Medtronic") allege patent infringement by Defendant Axonics, Inc.'s ("Axonics").

Medtronic objects to any trial testimony by Axonics's invalidity expert, Dr. Pedro Irazoqui, regarding purported lack of written description. Medtronic argues that Axonics's written description defense should be precluded based on the Court's prior rulings and also based on purported absence of any opinions on written description in Dr. Irazoqui's expert report.

As to Medtronic's argument that Axonics's written description defense is precluded by the Court's prior rulings, this argument is presented in the parties' proposed jury instructions, and the Court will address it in that context.

As to Medtronic's argument that Dr. Irazoqui's expert report does not support any opinions on purported lack of written description, Axonics persuasively submits that

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:19-cv-02115-DOC-JDE Date: September 16, 2024



Dr. Irazoqui's expert report contains support (albeit perhaps tangential support) for opinions on lack of written description. Further, Medtronic would not be unfairly prejudiced in any event because Medtronic will have an opportunity to rebut Dr. Irazoqui's opinions not only on cross-examination but also through Medtronic's own validity expert during Medtronic's rebuttal.

Finally, to whatever extent Dr. Irazoqui's testimony were found to go beyond the scope of his expert report, the Court anticipates including a question on written description in the verdict form, so any arguments regarding sufficiency of the evidence for the written description defense can be addressed post-trial.

Medtronic's request to preclude Dr. Irazoqui from testifying regarding purported lack of written description is therefore denied.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11 Initials of Deputy Clerk: kdu

CIVIL-GEN