**FILED**
CLERK, U.S. DISTRICT COURT

09/18/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____kdu_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MEDTRONIC, INC., et al., | Case No. 8:19-cv-02115-DOC-JDE |
| Plaintiffs, | REDACTED |
| v. | **VERDICT FORM** |
| AXONICS, INC., | **Hon. David O. Carter** |
| Defendant. | |

## **VERDICT FORM**

When answering the following questions (which begin on the next page) and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous.

Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of the Court as the verdict in our case.

# JURY QUESTION NO. 1
## INFRINGEMENT — LITERAL

Did Plaintiffs Medtronic, Inc., Medtronic Puerto Rico Operations Co., Medtronic Logistics LLC, and Medtronic USA, Inc. ("Medtronic") prove by a preponderance of the evidence that Defendant Axonics, Inc. ("Axonics") has literally infringed (either directly or indirectly) the following asserted claims?

A "yes" answer is a finding for Medtronic.

A "no" answer is a finding for Axonics.

U.S. Patent No. 8,036,756

    Claim 14:    Yes \_\_\_\_\_    No  X 

    Claim 18:    Yes \_\_\_\_\_    No  X 

U.S. Patent No. 8,626,314

    Claim 18:    Yes \_\_\_\_\_    No  X 

    Claim 19:    Yes \_\_\_\_\_    No  X 

    Claim 20:    Yes \_\_\_\_\_    No  X 

    Claim 24:    Yes \_\_\_\_\_    No  X 

U.S. Patent No. 9,463,324

    Claim 1:    Yes \_\_\_\_\_    No  X 

    Claim 6:    Yes \_\_\_\_\_    No  X 

    Claim 7:    Yes \_\_\_\_\_    No  X 

    Claim 8:    Yes \_\_\_\_\_    No  X 

# JURY QUESTION NO. 2

## INFRINGEMENT — DOCTRINE OF EQUIVALENTS

Did Medtronic prove by a preponderance of the evidence that Axonics has infringed (either directly or indirectly) the following asserted claims under the doctrine of equivalents?

A "yes" answer is a finding for Medtronic.

A "no" answer is a finding for Axonics.

U.S. Patent No. 8,036,756

    Claim 14:   Yes _____    No __X__

    Claim 18:   Yes _____    No __X__

U.S. Patent No. 8,626,314

    Claim 18:   Yes _____    No __X__

    Claim 19:   Yes _____    No __X__

    Claim 20:   Yes _____    No __X__

    Claim 24:   Yes _____    No __X__

# JURY QUESTION NO. 3

## INVALIDITY — ANTICIPATION AND OBVIOUSNESS

Did Axonics prove by clear and convincing evidence that the following asserted claims are invalid as anticipated or obvious?

A "yes" answer is a finding for Axonics.

A "no" answer is a finding for Medtronic.

U.S. Patent No. 8,036,756

    Claim 14:   Yes _____    No __X__

    Claim 18:   Yes _____    No __X__

U.S. Patent No. 8,626,314

    Claim 18:   Yes _____    No __X__

    Claim 19:   Yes _____    No __X__

    Claim 20:   Yes _____    No __X__

    Claim 24:   Yes _____    No __X__

U.S. Patent No. 9,463,324

    Claim 1:    Yes _____    No __X__

    Claim 6:    Yes _____    No __X__

    Claim 7:    Yes _____    No __X__

    Claim 8:    Yes _____    No __X__

# JURY QUESTION NO. 4

## INVALIDITY — WRITTEN DESCRIPTION

Did Axonics prove by clear and convincing evidence that the asserted claims of the '324 patent are invalid because of lack of adequate written description?

A "yes" answer is a finding for Axonics.

A "no" answer is a finding for Medtronic.

Yes _____     No __X__

# JURY QUESTION NO. 5
## WILLFULNESS

**If you found that the claims of the '756, '314, and '324 patents are *not* infringed, then skip this question and proceed to Question #6.**

**If you found that any infringed claims are invalid, then skip this question and proceed to Question #6.**

**Otherwise, proceed with answering this question.**

(a) Did Medtronic prove by a preponderance of the evidence that Axonics willfully infringed any of the asserted claims of the '756 patent or the '314 patent that you found were infringed and not invalid?

A "yes" answer is a finding for Medtronic.

A "no" answer is a finding for Axonics.

Yes _____    No _____

(b) Did Medtronic prove by a preponderance of the evidence that Axonics willfully infringed any of the asserted claims of the '324 patent that you found were infringed and not invalid?

A "yes" answer is a finding for Medtronic.

A "no" answer is a finding for Axonics.

Yes _____    No _____

# JURY QUESTION NO. 6
## DAMAGES

Answer this question on damages <u>only</u> if you found one or more claims infringed by Axonics <u>and</u> not invalid (that is, if you answered "yes" for one or more claims in Question #1 or Question #2, and, for at least one such claim, you answered "no" in Question #3 (and, if the claim is in the '324 patent, you answered "no" in Question #4)).

Otherwise, skip this question and proceed to the end of this Verdict Form.

(a) What lost profits, if any, has Medtronic proven by a preponderance of the evidence it is entitled to as a result of Axonics's infringement?

(On the line below, answer in dollars and cents.)

Medtronic: $ _____

(b) For any infringement for which Medtronic has not proven entitlement to lost profits, what amount has Medtronic proven by a preponderance of the evidence it is entitled to as a reasonable royalty?

(On the line below, answer in dollars and cents.)

$ _____

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should sign and date the Verdict Form in the spaces below and notify the Bailiff that you have reached a verdict.

The Presiding Juror should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

Date: _____9/18/24_____

Presiding Juror: _____