# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MEDTRONIC, INC.; MEDTRONIC PUERTO RICO OPERATIONS CO.; MEDTRONIC LOGISTICS, LLC; MEDTRONIC USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AXONICS, INC., <br><br> Defendant. | Case No. 8:19-cv-02115-DOC-JDE <br><br> **JUDGMENT IN A CIVIL ACTION** <br><br> Judge:  Hon. David O. Carter |

1. The parties to this action are Plaintiffs Medtronic, Inc.; Medtronic Puerto Rico Operations Co.; Medtronic Logistics, LLC; Medtronic USA, Inc. (collectively, "Medtronic") and Defendant Axonics, Inc. ("Axonics"). This action was tried to a jury beginning on September 9, 2024, in Courtroom 10A of the above-entitled Court, before the Honorable District Court Judge David O. Carter, with respect to claims 14 and 18 of U.S. Patent No. 8,036,756 ("the '756 patent"), claims 18-20 and 24 of U.S. Patent No. 8,626,314 ("the '314 patent"), and claims 1 and 6-8 of U.S. Patent No. 9,463,324 ("the '324 patent"). On September 18, 2024, the jury returned a verdict of non-infringement in favor of Defendant Axonics, Inc. The verdict was accepted by the Court and filed as Dkt. 595.

Now, therefore, IT IS ORDERED AND ADJUDGED that judgment is hereby entered in this matter as follows:

1. Axonics does not infringe claim 7 of the '069 patent and claims 1, 4–7, 16–17 and 22 of the '112 patent (as previously ruled in Dkt. 497).
2. Axonics does not infringe claims 14 and 18 of the '756 patent.
3. Axonics does not infringe claims 18-20 and 24 of the '314 patent.
4. Axonics does not infringe claims 1 and 6-8 of the '324 patent.
5. Claims 14 and 18 of the '756 patent are not invalid.
6. Claims 18-20 and 24 of the '314 patent are not invalid.
7. Claims 1 and 6-8 of the '324 patent are not invalid.
8. Axonics shall recover its costs in this action from Medtronic pursuant to Fed. R. Civ. P. 54.

IT IS SO ORDERED.

Dated: October 8, 2024

*David O. Carter*

Hon. David. O. Carter
United States District Court Judge